*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis and Bradley Lewis, as Personal Representatives of The Estate of Bradley Alexander Lewis, Anna Christine Lewis, Bradley Lewis, Helen Stricklen, Ralph Rust Stricklen, Jerlene Jones, and George Preston Lewis,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, individually and in his official capacity as Sheriff of Pima County, Arizona; Pima County Sheriff Deputy Gilbert Caudillo, Individually and in his official capacity as an employee of the County of Pima, Arizona, and his official capacity as Sheriff Deputy of the Pima County Sheriff's Department; and Pima County Sheriff Deputy Michael Moseley, Individually and in his official capacity as an employee of the County of Pima, Arizona, and his official capacity as Sheriff Deputy of the Pima County Sheriff's Office; and Pima County,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR TO OTHERWISE PLEAD TO THE FIRST AMENDED COMPLAINT<br><br>(The Honorable Rosemary Marquez) |

Defendant Pima County Sheriff's Deputy Gilbert Caudillo and Pima County Sheriff's Sergeant Michael Moseley were served with the First Amended Complaint on March 3, 2022. Defendant Pima County Sheriff Chris Nanos and Pima County were served with the First Amended Complaint on March 9, 2022. The Parties stipulate that all the above-named Defendants may have until April 8, 2022 to file an Answer or to otherwise plead to the First Amended Complaint.

DATED this 22nd day of March, 2022.

CORONADO LAW FIRM, PLLC

/s/ Eduardo Coronado, with permission
_______________________________
Eduardo H. Coronado
Attorney for Plaintiffs

*AUDILETT LAW PC*

/s/ Daryl Audilett
_______________________________
Daryl A. Audilett
Attorney for Defendant Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

By /s/ Karen Audilett