**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is the parties' Stipulation for Extension of Time to Answer Complaint. (Doc. 10.) The parties stipulate and agree that Defendants Pima County Sheriff's Deputy Gilbert Caudillo, Pima County Sheriff's Sergeant Michael Moseley, Pima County Sheriff Chris Nanos, and Pima County shall have until April 8, 2022 to answer or otherwise respond to Plaintiffs' First Amended Complaint.

**IT IS ORDERED** that the Stipulation for Extension of Time to Answer Complaint (Doc. 10) is **approved**. Defendants shall respond to Plaintiffs' First Amended Complaint on or before **April 8, 2022**.

Dated this 23rd day of March, 2022.

Honorable Rosemary Márquez
United States District Judge