*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Anna Christine Lewis and Bradley Lewis, as Personal Representatives of The Estate of Bradley Alexander Lewis, Anna Christine Lewis, Bradley Lewis, Helen Stricklen, Ralph Rust Stricklen, Jerlene Jones, and George Preston Lewis,

Plaintiffs,

vs.

Chris Nanos, individually and in his official capacity as Sheriff of Pima County, Arizona; Pima County Sheriff Deputy Gilbert Caudillo, Individually and in his official capacity as an employee of the County of Pima, Arizona, and his official capacity as Sheriff Deputy of the Pima County Sheriff's Department; and Pima County Sheriff Deputy Michael Moseley, Individually and in his official capacity as an employee of the County of Pima, Arizona, and his official capacity as Sheriff Deputy of the Pima County Sheriff's Office; and Pima County,

Defendants.

NO. CV 21-00557-TUC-RM

STIPULATION TO ALLOW PLAINTIFFS TO PREPARE AND FILE A SECOND AMENDED COMPLAINT

(The Honorable Rosemary Marquez)

Counsel for the parties stipulate that Plaintiffs will file a Second Amended Complaint within ten days of an Order allowing them to do so. Defendants will then Answer or otherwise plead to that Second Amended Complaint ten days after it is filed with the Court.

The reason for this stipulated procedure is that pursuant to LRCiv 12(c) counsel for the parties have personally consulted about matters, issues, or claims in the First Amended Complaint that may be subject to a Rule 12(b)(6) motion to dismiss, but that may be cured with a Second Amended Complaint.

Counsel for the parties therefore request that the Court order the procedure outlined above.

DATED this 8th day of April, 2022.

CORONADO LAW FIRM, PLLC

/s/ Eduardo H. Coronado , with permission

Eduardo H. Coronado
Attorney for Plaintiffs

*AUDILETT LAW PC*

/s/ Daryl Audilett

Daryl A. Audilett
Attorney for Defendant Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on April 8th 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

By /s/ Karen Audilett