**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is the parties' Stipulation to Allow Plaintiffs to File a Second Amended Complaint. (Doc. 12.) The parties stipulate and agree to permit Plaintiffs to file a Second Amended Complaint in order to cure issues that may be subject to dismissal pursuant to Fed. R. Civ. P. 12(b)(6). (*Id.*) The parties agree that Plaintiff may have ten days from the date this Order is filed to file their Second Amended Complaint, and that Defendants will respond ten days thereafter. (*Id.*)

Good cause appearing,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that the Stipulation to Allow Plaintiffs to File a Second Amended Complaint (Doc. 12) is **approved**. Plaintiff may file a Second Amended Complaint within **ten (10) days** of the date this Order is filed. Defendants shall respond within **ten (10) days** thereafter.

Dated this 11th day of April, 2022.

Honorable Rosemary Márquez
United States District Judge