**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion to Dismiss. (Doc. 17.) Plaintiff requests a four-day extension of the deadline to respond to Defendants' Motion to Dismiss due to conflicts on his calendar. (*Id*.) Defendants do not oppose the requested extension. (*Id*.)

Good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion to Dismiss (Doc. 17) is **granted**. Plaintiff shall file a response to Defendants' Motion to Dismiss on or before **May 17, 2022**.

Dated this 6th day of May, 2022.

Honorable Rosemary Márquez
United States District Judge