*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis and Bradley Lewis, etc., et al.,<br>Plaintiffs,<br>v.<br>Christopher Nanos, etc., et al.,<br>Defendants. | NO. CV 21-00557-TUC-RM<br>JOINT MOTION FOR EXTENSION OF DEADLINES (First Request)<br>(The Honorable Rosemary Marquez) |

Counsel for the parties jointly move for an approximately 60-day extension of the remaining deadlines in the case.

This case involves the shooting of Bradley Alexander Lewis by Pima County Sheriff's Deputy Gilberto Caudillo. Also named as Defendants are Pima County Sheriff Christopher Nanos, and Pima County Sheriff's Department Lt. Michael Moseley, who responded with Deputy Caudillo. There are claims of wrongful death and civil rights violations.

Defendants have reviewed, indexed and disclosed approximately 60 gigabytes of investigative material concerning this incident and concerning Plaintiffs' decedent, Bradley Alexander Lewis. Defendants have responded to voluminous discovery from Plaintiffs, including 42 requests for production of documents with subparts. Plaintiffs are in the process

of responding to voluminous discovery from Defendants. The parties have scheduled an inspection and download of Plaintiffs' decedent's vehicle and a Sheriff's Department patrol vehicle involved in a collision, which involved scheduling their respective experts, for June 26, 2023. The parties have retained experts in a number of fields, including police procedures, ballistics, cause of death, toxicology, and human factors/reconstruction. The parties need more time to gather documents for discovery responses and from outside agencies, more time for expert disclosure, and more time for numerous depositions.

The parties request the Court grant the following extension of deadlines:

| | Current | Proposed |
|---|---|---|
| Plaintiff's Expert Disclosure | July 11, 2023 | September 15, 2023 |
| Defendant's Expert Disclosure | August 15, 2023 | October 17, 2023 |
| Rebuttal Expert Disclosure | September 12, 2023 | November 15, 2023 |
| All Discovery Completed | September 29, 2023 | December 15, 2023 |
| Dispositive Motions | October 27, 2023 | January 19, 2024 |
| Joint Proposed Pretrial Order | November 15, 2023 | February 1, 2024 or 30 days after resolution of dispositive motions |

The parties have submitted a proposed Order, and respectfully request that the Court grant these deadline extensions.

///

DATED this 19th day of May, 2023.

CORONADO LAW FIRM, PLLC

/s/ Eduardo Coronado, with permission

______________________________

Eduardo H. Coronado
Attorney for Plaintiffs

*AUDILETT LAW PC*

/s/ Daryl Audilett

______________________________

Daryl A. Audilett
Attorney for Defendant Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

By /s/ Karen Audilett