# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is the parties' Joint Motion for Extension of Deadlines. (Doc. 31.) The parties jointly move to extend the remaining deadlines in this case by approximately sixty days. (*Id.* at 1.) The parties aver that due to the nature of this case, which involves wrongful death claims and civil rights violations, the parties need more time for expert disclosure, numerous depositions, and to gather documents for discovery. (*Id.* at 1-2.)

Good cause appearing, the Court will grant the requested extension of deadlines. However, the Court warns the parties that it is not inclined to grant any further extensions of discovery deadlines absent extraordinary circumstances.

**IT IS ORDERED** that the Joint Motion for Extension of Deadlines (Doc. 31) is **granted**. The deadlines set forth in the Court's February 13, 2023 Scheduling Order (Doc. 26) are extended as follows:

(1) The deadline for disclosure of Plaintiff's initial expert testimony is **September 15, 2023**.

(2) The deadline for disclosure of Defendant's initial expert testimony is **October 17, 2023**.

(3) Disclosure of rebuttal expert testimony shall be completed no later than **November 15, 2023**.

(4) All discovery shall be completed on or before **December 15, 2023**.

(5) A Joint Settlement Status Report shall be filed on or before **September 15, 2023**, and every **sixty (60)** days thereafter.

(6) Dispositive motions shall be filed on or before **January 19, 2024**, with a Joint Proposed Pretrial Order due **thirty (30) days** after resolution of any dispositive motions.

(7) If no dispositive motions are filed, a Joint Proposed Pretrial Order shall be filed on or before **February 1, 2024**.

(8) All other provisions of the Court's February 13, 2023 Scheduling Order (Doc. 26) remain in full force and effect.

Dated this 24th day of May, 2023.

Honorable Rosemary Márquez
United States District Judge