*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>STIPULATION TO FILE AN AMENDED ANSWER TO THE SECOND AMENDED COMPLAINT<br><br>(The Honorable Rosemary Marquez) |

The parties stipulate that Defendants may be allowed to file an Amended Answer to the Second Amended Complaint (Doc. 14) which adds the affirmative defenses of the doctrine of necessity and the doctrine of duress. The proposed Amended Answer to Second Amended Complaint is attached as Exhibit A hereto. The additional affirmative defenses are contained in added paragraphs 150 and 151. The only other change is to re-number the two paragraphs after 150 and 151, as 152 and 153. The parties agree that this Court may issue its order granting the filing of the subject Amended Answer and to deem the attached Exhibit A Amended Answer as filed.

DATED this 28th day of June, 2023.

CORONADO LAW FIRM, PLLC

/s/ Eduardo H. Coronado, with permission

---

Eduardo H. Coronado
Attorney for Plaintiffs

*AUDILETT LAW PC*

/s/ Daryl Audilett

---

Daryl A. Audilett
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

By /s/ Karen Audilett