**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is the parties' Stipulation to File an Amended Answer to the Second Amended Complaint. (Doc. 34.) The parties stipulate to Defendants filing an Amended Answer to the Second Amended Complaint, attached as Exhibit A to the Stipulation. (*Id.*) Defendants state that the Amended Answer contains additional affirmative defenses in paragraphs 150 and 151. (*Id.*) The only other change, Defendants aver, is to re-number the two paragraphs after 150 and 151 as 152 and 153. (*Id.*)

A party may amend a pleading with the opposing party's written consent. Fed. R. Civ. P. 15(a)(2). Local Rule of Civil Procedure 15.1(b) sets forth requirements for amending a pleading with the opposing party's written consent. The Rule provides that "the amending party must file a separate notice of filing the amended pleading." LRCiv 15.1(b). "The notice must attach a copy of the amended pleading that indicates in what respect it differs from the pleading which it amends, by bracketing or striking through the text that was deleted and underlining the text that was added." *Id.*

The Court notes that Defendants did not comply with LRCiv 15.1(b). Because

Defendants made efforts to describe how the Amended Answer differs from the previous Answer, and because Plaintiff does not appear to be prejudiced by Defendants' non-compliance with LRCiv 15.1(b), the Court will approve the parties' Stipulation despite Defendants' non-compliance with the Local Rule. However, the Court reminds the parties of their obligation to comply with the Local Rules of Civil Procedure.

**IT IS ORDERED** that the Stipulation to File an Amended Answer to the Second Amended Complaint (Doc. 34) is **approved**. The Clerk of Court is directed to **file** the proposed Amended Answer (currently docketed at Doc. 34-1 at 2-23) as the Amended Answer of Defendants Nanos, Caudillo, Moseley and Pima County to the Second Amended Complaint.

Dated this 30th day of June, 2023.

Honorable Rosemary Márquez
United States District Judge