*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis and Bradley Lewis, etc., et al.,<br>Plaintiffs,<br>v.<br><br>Christopher Nanos, etc., et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>JOINT MOTION FOR BRIEF EXTENSION OF CERTAIN DEADLINES (Second Request)<br><br>(The Honorable Rosemary Marquez) |

This lawsuit arises from the shooting death of Bradley Alexander Lewis by Pima County Sheriff's Deputy Gilbert Caudillo. There are claims for state law wrongful death and U.S. Constitution 4th and 14th Amendment violations.

The parties stipulate to extend for about 10 days each the Defense Expert Deadline, Plaintiffs' Rebuttal Expert Deadline, and the Discovery Deadline. These extensions will not affect the Dispositive Motion Deadline, scheduled for January 19, 2024. Nor will these requested extensions affect the Joint Proposed Pretrial Order Deadline, scheduled for February 1, 2024 (or 30 days after resolution of dispositive motions).

This case requires multiple experts. Plaintiffs disclosed seven experts on September 15, 2023; a ballistics expert (Lucien Haag); a collision reconstruction expert (Joseph Peles,

Ph.D.); a 3D animation expert (Samir Lyons); a forensic pathology expert (Michael Iliescu, MD); a video quality expert (Conor McCourt); a psychology expert (Daniel J. Christiano, Ph.D.); and a police expert (William Harmening).

There are four defense experts: a police expert (Steve Ijames); a ballistics expert (Matthew Noedel); a biomechanical engineer/human factors/collision reconstruction expert (Michael Kuzel); and a 3D animation scene reconstruction expert (Jim Tavernetti). The current deadline for defense experts is October 17, 2023.

A ten-day extension of the Defense Expert Deadline from October 17, 2024 to October 27, 2024, is requested by defense counsel because of scheduling conflicts involving defense counsel and defense experts. Plaintiffs do not object to this extension request.

Defense counsel has had longstanding plans to be out of the office from October 12 through October 17, for a visit from an out of state relative. Defense expert Kuzel is out of the country from October 5 through October 14. The final expert reports of all four defense experts must be coordinated among them, since the expert issues each is addressing are invariably linked to, and to some extent hinged on one another in one form or another. In other words, the four defense experts' opinions need to be finalized at or near the same time. Thus the need for a 10-day extension of all defense expert reports.

A corresponding extension of Plaintiffs' rebuttal expert deadline is requested, from November 15 to November 30, 2023. This is more than ten days, but avoids a due date during the Thanksgiving holiday.

The parties request that the discovery deadline be continued from December 15, 2023

to January 5, 2024 due to difficulty in scheduling depositions of Defendants' experts requested by Plaintiffs' counsel, and additional time is needed to complete depositions in general.

The parties respectfully request the Court grant the following extension of deadlines:

| | Current | Proposed |
|---|---|---|
| Defendant's Expert Disclosure | October 17, 2023 | October 27, 2023 |
| Rebuttal Expert Disclosure | November 15, 2023 | November 30, 2023 |
| All Discovery Completed | December 15, 2023 | January 5, 2024 |
| Dispositive Motions | January 19, 2024 | stays the same |
| Joint Proposed Pretrial Order | February 1, 2024 | stays the same |
| | or 30 days after resolution of dispositive motions | |

The parties have submitted a proposed Order, and respectfully request that the Court grant these brief deadline extensions.

///

DATED this 6th day of October, 2023.

CORONADO LAW FIRM, PLLC

/s/ Eduardo H. Coronado, with permission

Eduardo H. Coronado
Attorney for Plaintiffs

*AUDILETT LAW PC*

/s/ Daryl Audilett

______________________________

Daryl A. Audilett
Attorney for Defendant Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

By /s/ Karen Audilett