**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is the parties' second Joint Motion for Extension of Deadlines. (Doc. 46.) The parties jointly move to briefly extend the defense expert disclosure deadline, Plaintiffs' rebuttal expert disclosure deadline, and the deadline for completion of discovery. (*Id.* at 1.) The parties aver that an extension is necessary due to scheduling conflicts involving defense counsel and defense experts. (*Id.* at 2-3.)

Good cause appearing,

**IT IS ORDERED** that the Joint Motion for Brief Extension of Certain Deadlines (Doc. 46) is **granted**. The following deadlines set forth in the Court's revised Scheduling Order (Doc. 33) are **extended** as follows:

(1) The deadline for disclosure of Defendant's initial expert testimony is **October 27, 2023**.

(2) Disclosure of rebuttal expert testimony shall be completed no later than **November 30, 2023**.

. . . .

(3) All discovery shall be completed on or before **January 5, 2024**.

(4) All other provisions of the Court's February 13, 2023 Scheduling Order (Doc. 26) and the Court's May 24, 2023 Order (Doc. 33) remain in full force and effect.

Dated this 10th day of October, 2023.

Honorable Rosemary Márquez
United States District Judge