*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>MOTION FOR PERMISSION TO FILE NON-ELECTRONICALLY EXHIBITS TO DEFENDANTS' SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>(The Honorable Rosemary Marquez) |

Defendants Nanos, Caudillo, Moseley and Pima County request permission to file non-electronically with the Court a USB drive containing exhibits to Defendants' Separate Statement of Facts in Support of Motion for Summary Judgment. Defendants' Motion for Summary Judgment and Defendants' Separate Statement of Facts will be filed on or before January 19, 2024. Contained on the USB drive will be the following exhibits:

1. Attachments to DSSOF Exhibit 3, Declaration of Pima County Sheriff's Department Deputy David Baird:

Exhibit B Video surveillance footage from 2133 W. Morning Jewel Place, Michelle Stewart

Exhibit C Video surveillance footage from 2202 W. Morning Jewel Place, Emelinda De Senney

2. DSSOF Exhibit 6, Audio recording, PCSD 6925, Excerpt real-time radio transmissions used in Moseley deposition.

3. Attachments to DSSOF Exhibit 12, Declaration of PCSD Case Detective Miguel Flores:

| | |
|---|---|
| Exhibit A | Surveillance video 2133 W. Morning Jewel Place, Tucson, PCSD 7393 |
| Exhibit B | Surveillance video 2133 W. Morning Jewel Place, Tucson, PCSD 7394 |
| Exhibit C | Surveillance video 2202 W. Morning Jewel Place, Tucson, PCSD 7395 |
| Exhibit D | Surveillance video 2202 W. Morning Jewel Place, Tucson, PCSD 7396 |
| Exhibit F | Real-time audio excerpt of radio traffic, 1-20-2021, PCSD 9196, beginning of traffic stop to arrival of meds |

Defendants respectfully request that this Court view the exhibits on the USB drive as part of its consideration of Defendants' Motion for Summary Judgment.

Defendants make this request pursuant to the *U.S. District Court, For the District of Arizona, Electronic Case Filing Administrative Policies and Procedures Manual, May 2023, Section II (N) (2), Non-Electronic Filing of Exhibits and Other Documents.*

DATED this 16th day of January, 2024.

*AUDILETT LAW PC*

/s/ Daryl Audilett

Daryl A. Audilett
Attorney for Defendant Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

By /s/ Karen Audilett