**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is Defendants' Motion for Permission to Non-Electronically File Exhibits to Defendants' Separate Statement of Facts in Support of their Motion for Summary Judgment. (Doc. 63.) Good cause appearing,

**IT IS ORDERED** that Defendants' Motion for Permission to Non-Electronically File Exhibits to Defendants' Separate Statement of Facts in Support of their Motion for Summary Judgment (Doc. 63) is **granted**. Defendants are granted leave to non-electronically file exhibits, as set forth in the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, Section II(N)(2)(a)(b).

Dated this 22nd day of January, 2024.

Honorable Rosemary Márquez
United States District Judge