*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>DEFENDANTS' NOTICE OF FILING NON-ELECTRONICALLY EXHIBITS TO DEFENDANTS' SEPARATE STATEMENT OF FACTS (DOC. 65) IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (DOC. 64)<br><br>(The Honorable Rosemary Marquez) |

Defendants Nanos, Caudillo, Moseley and Pima County give notice of filing non-electronically with the Court a USB drive containing exhibits to Defendants' Separate Statement of Facts in Support of Motion for Summary Judgment. Leave to file non-electronically was granted by the Court in the Court's Order dated January 23, 2024. (Doc. 69)

Contained on the USB drive are the following exhibits:

1. Attachments to DSSOF Exhibit 3, Declaration of Pima County Sheriff's Department Deputy David Baird:

Exhibit B Video surveillance footage from 2133 W. Morning Jewel Place, Michelle Stewart

Exhibit C Video surveillance footage from 2202 W. Morning Jewel Place, Emelinda De Senney

2. DSSOF Exhibit 6, Audio recording, PCSD 6925, Excerpt real-time radio transmissions used in Moseley deposition, 3 minutes 25 seconds long

3. Attachments to DSSOF Exhibit 12, Declaration of PCSD Case Detective Miguel Flores:

Exhibit A Surveillance video 2133 W. Morning Jewel Place, Tucson, PCSD 7393

Exhibit B Surveillance video 2133 W. Morning Jewel Place, Tucson, PCSD 7394

Exhibit C Surveillance video 2202 W. Morning Jewel Place, Tucson, PCSD 7395

Exhibit D Surveillance video 2202 W. Morning Jewel Place, Tucson, PCSD 7396

Exhibit F Real-time audio excerpt of radio traffic, 1-20-2021, PCSD 9196, beginning of traffic stop to arrival of meds, approximately 36 minutes long

Defendants respectfully request that this Court view the exhibits on the USB drive as part of its consideration of Defendants' Motion for Summary Judgment.

DATED this 23rd day of January, 2024.

*AUDILETT LAW PC*

/s/ Daryl Audilett

Daryl A. Audilett
Attorney for Defendant Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

Notice and USB drive hand-delivered for non-electronic filing on the 23rd day of January, 2024 to:

US District Court Clerk
405 W. Congress Street, Suite 1500
Tucson AZ 85701

Notice and USB drive containing exhibits mailed the 23rd day of January, 2024 to:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

By /s/ Karen Audilett

Lewis v Nanos, et al.
United States District Court No. CV 21-557-TUC-RM

Defendants' Separate Statement of Facts (Doc. 65) in Support of Motion for Summary Judgment

EXHIBITS FILED NON-ELECTRONICALLY

Exhibits to Ex 3 Declaration of Pima County Sheriff's Department Deputy David Baird:

Exhibit B Video surveillance footage from 2133 W. Morning Jewel Place, Michelle Stewart.
Exhibit C Video surveillance footage from 2202 W. Morning Jewel Place, Emelinda De Senney

Exhibit 6. Audio recording, PCSD 6925, Excerpt real-time radio transmissions used in Moseley deposition, 3 minutes 25 seconds long

Exhibits to Ex 12 Declaration of PCSD Case Detective Miguel Flores

| | |
|---|---|
| Exhibit A | Surveillance video 2133 W. Morning Jewel Place, Tucson, PCSD 7393 |
| Exhibit B | Surveillance video 2133 W. Morning Jewel Place, Tucson, PCSD 7394 |
| Exhibit C | Surveillance video 2202 W. Morning Jewel Place, Tucson, PCSD 7395 |
| Exhibit D | Surveillance video 2202 W. Morning Jewel Place, Tucson, PCSD 7396 |
| Exhibit F | Real-time audio excerpt of radio traffic, 1-20-2021, PCSD 9196, beginning of traffic stop to arrival of meds, approximately 36 minutes long |


Lewis v. Nanos, et al.
USDC Case CV 21-557-TUC-RM
Defendants' Exhibits 3B, 3C, 6, 12A
B,C,D,F to their DSSOF (Doc. 65)
NXT