*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND FOR DEFENDANTS TO REPLY TO PLAINTIFFS' RESPONSE<br><br>(The Honorable Rosemary Marquez) |

On January 19, 2024, Defendants filed an F.R.Civ.P. 56 Motion for Summary Judgment on all claims. Defendants also filed an extensive Separate Statement of Facts (DSSOF) in support of the Motion for Summary Judgment. Due to the complexities associated with the multiple legal issues discussed in the Motion, and due to the extensive facts discussed in the Motion and the volume of facts set forth in the Defendants' Separate Statement of Facts, the parties stipulate to an additional 30 days for the Plaintiffs' response and an additional 15 days for the Defendants' reply, as set forth here:

March 21, 2024 -- Deadline for Plaintiffs to file their Response to Defendants' Motion for Summary Judgment, Plaintiff's Statement Controverting any of Defendants' Separate

Statement of Facts, and Plaintiffs' Statement of Facts..

April 22, 2024 -- Deadline for Defendants to file their Reply to Plaintiffs' Response.

DATED this 30th day of January, 2024.

CORONADO LAW FIRM, PLLC

/s/ Eduardo Coronado, with permission

Eduardo H. Coronado
Attorney for Plaintiffs

*AUDILETT LAW PC*

/s/ Daryl Audilett

Daryl A. Audilett
Attorney for Defendant Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

By /s/ Karen Audilett