**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is the parties' Stipulation to Extend Time for Plaintiffs to Respond to Defendants' Motion for Summary Judgment and for Defendants to Reply to Plaintiffs' Response. (Doc. 71.) Due to the complexity of the Motion for Summary Judgment, the parties request a 30-day extension of the deadline for Plaintiff to file a Response, and a 15-day extension for Defendants to file a Reply. Good cause appearing,

**IT IS ORDERED** that the parties' Stipulation to Extend Time for Plaintiffs to Respond to Defendants' Motion for Summary Judgment and for Defendants to Reply to Plaintiffs' Response (Doc. 71) is **approved**.

**IT IS FURTHER ORDERED** that Plaintiffs must file their Response to Defendants' Motion for Summary Judgment on or before **March 21, 2024**.

. . . .

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** that Defendants must file their Reply to Plaintiffs' Response on or before **April 22, 2024**.

Dated this 31st day of January, 2024.

Honorable Rosemary Márquez
United States District Judge