**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is Plaintiffs' Motion for Leave to File Non-Electronically Exhibits to Plaintiffs' Response to Motion For Summary Judgment and Separate Statement of Facts in Support of Plaintiffs' Response To Defendants' Motion for Summary Judgment. (Doc. 74.) Plaintiffs have shown good cause to file non-electronically Exhibits 21, 23, and 32, consisting of videos. (Doc. 74 at 4-5.) However, the Court will order Plaintiffs to electronically file Exhibits 12, 14, 20, and 25, consisting of declarations, an analysis, and a deposition transcript, or show cause as to why those exhibits cannot be electronically filed on the docket. (*Id.* at 3-4.)

**IT IS ORDERED** that the Motion (Doc. 74) is **granted in part**. Plaintiffs shall file the non-electronic exhibits pursuant to Section II(N)(2) of the District of Arizona's Electronic Case Filing Administrative Policies and Procedures Manual.

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** that Plaintiffs shall file electronically Exhibits 12, 14, 20, and 25, or show cause as to why those exhibits cannot be filed electronically on the docket.

Dated this 27th day of March, 2024.

Honorable Rosemary Márquez
United States District Judge