*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>MOTION FOR PERMISSION TO FILE NON-ELECTRONICALLY AN EXHIBIT TO DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(The Honorable Rosemary Marquez) |

Defendants Nanos, Caudillo, Moseley and Pima County request permission to file non-electronically with the Court a USB drive containing an exhibit to Defendants' Reply to Plaintiffs' Response (Doc. 75) to Defendants' Motion for Summary Judgment (Doc. 64). Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment will be filed on or before April 22, 2024. Contained on the USB drive will be the following exhibit:

> Reply Exhibit 5: Video excerpt of video deposition of Lt. Michael Moseley, (pp. 120:8 to 122:17), video is 2 minutes 45 seconds in length.

Defendants are submitting this portion of the deposition on video because in the

deposition Lt. Moseley stood up and performed a demonstration of how quickly Bradley Lewis appeared out of his truck door and then moved out of Moseley's view. Moseley had his gun trained on the truck door and then followed/trained his gun on Lewis for a split second until Lewis moved out of Moseley's view.

Defendants respectfully request that this Court view the exhibit on the USB drive as part of its consideration of Defendants' Motion for Summary Judgment.

Defendants make this request pursuant to the *U.S. District Court, For the District of Arizona, Electronic Case Filing Administrative Policies and Procedures Manual, May 2023, Section II (N) (2), Non-Electronic Filing of Exhibits and Other Documents.*

DATED this 18th day of April, 2024.

*AUDILETT LAW PC*

/s/ Daryl Audilett

______________________________
Daryl A. Audilett
Attorney for Defendant Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

By /s/ Karen Audilett