**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is Defendants' Motion For Permission To File Non-Electronically an Exhibit to Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment. (Doc. 80.) Good cause appearing,

**IT IS ORDERED** that Defendants' Motion (Doc. 80) is **granted**. Defendants are granted leave to non-electronically file the exhibit using the procedures set forth in the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, Section II(N)(2).

Dated this 23rd day of April, 2024.

Honorable Rosemary Márquez
United States District Judge