*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>DEFENDANTS' NOTICE OF FILING NON-ELECTRONICALLY AN EXHIBIT TO DEFENDANTS' REPLY (DOC. 81) TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(The Honorable Rosemary Marquez) |

Defendants Nanos, Caudillo, Moseley and Pima County give notice of filing non-electronically with the Court a USB drive containing an exhibit to *Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment.* (Doc. 81) Leave to file non-electronically was granted by the Court in the Court's Order dated April 23, 2024. (Doc. 82) Contained on the USB drive is the following exhibit:

Reply Exhibit 5: Video excerpt of video deposition of Lt. Michael Moseley, pp. 120:8 to 122:17, video is 2 minutes 45 seconds in length.

Defendants respectfully request that this Court view the exhibit on the USB drive as

part of its consideration of Defendants' Motion for Summary Judgment.

DATED this 25th day of April, 2024.

*AUDILETT LAW PC*

/s/ Daryl Audilett

___________________________________

Daryl A. Audilett
Attorney for Defendant Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

Notice and USB drive hand-delivered for non-electronic filing on the 25th day of April, 2024 to:

US District Court Clerk
405 W. Congress Street, Suite 1500
Tucson AZ 85701

Notice and USB drive containing exhibits mailed the 25th day of April, 2024 to:

Eduardo H. Coronado, Esq.
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

By /s/ Karen Audilett

Lewis v Nanos, et al.
United States District Court No. CV 21-557-TUC-RM

Defendants' Reply (Doc. 81) to Plaintiffs' Response (Doc 75) to Defendants' Motion for Summary Judgment (Doc. 64)

EXHIBIT FILED NON-ELECTRONICALLY

Reply Exhibit 5: Video excerpt of video deposition of Lt. Michael Moseley, pp. 120:8 to 122:17, video is 2 minutes 45 seconds in length.

Lewis v. Nanos, et al.
USDC Case CV 21-557-TUC-RM

Defendants' Reply Exhibit 5
Defendants' Reply to Pltfs' MSJ
(Doc. 81)

