**HUMPHREY & PETERSEN, P.C.**
6063 E. GRANT ROAD
TUCSON, ARIZONA 85712
TELEPHONE: 520-795-1900

8006-18

Andrew J. Petersen, State Bar No. 016699
APetersen@humphreyandpetersen.com
Attorney for Defendants

**AUDILETT LAW PC**
335 N WILMOT ROAD SUITE 500
TUCSON AZ 85711-2636
TELEPHONE: 520-748-2440

Daryl Audilett, State Bar No. 009007
daa@audilettlaw.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Anna Christine Lewis, et al.,<br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.<br><br>Defendants. | Case No.: 4:21-cv-00557-TUC-RM<br><br>**NOTICE OF APPEAL**<br><br>Assigned to Hon. Rosemary Marquez |

Notice is hereby given that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order granting in part and denying in part Defendants' Motion for Summary Judgment (ECF No. 85) entered September 27, 2024

including denying qualified immunity on both prongs including the determination of a potential constitutional violation and whether the law was clearly established. The trial court then denied a Motion for Reconsideration. (ECF No. 89, entered February 3, 2024)

On qualified immunity, the trial court erred in holding the plaintiffs produced evidence sufficient for a jury to find unreasonableness, and erred in holding that the law was clearly established based on a high level of generality, i.e., "law enforcement officers may not kill even armed suspects 'who do not pose an immediate threat to their safety or the safety of others,' including in some circumstances in which the suspect has 'committed a violent crime in the immediate past.'" Here, the deputies attempted a high-risk stop of the suspect Lewis, who had weeks earlier threatened to shoot two men with a black handgun and had just been seen attempting car busts. When the deputies attempted the stop, Lewis drove recklessly through the desert to escape and then, after being cornered, backed his vehicle into a deputy's vehicle and then jumped out of his vehicle while advancing towards another deputy holding a black object perceived to be a gun. The trial court determined there was an issue of fact as to whether the deputy's perception of a gun was reasonable. That, however, is not the qualified immunity analysis required by the Supreme Court precedent requiring objective unreasonableness and "clearly established" in a particularized sense such that case law "squarely governs" and has a "robust consensus of cases of persuasive authority" "in the situation confronted" by Deputy Caudillo such that it would be clear notice to every reasonable law enforcement officer that deadly force could not be used under similar circumstances.

**REPRESENTATION STATEMENT**

The undersigned represents Defendants Nanos, Caudillo, Moseley and Pima County. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Defendant-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number and e-mail.

**PLAINTIFFS:** Anna Christine Lewis and Bradley Lewis as Personal Representatives of the Estate of Bradley Alexander Lewis, Anna Christine Lewis, Bradley Lewis, Helen Stricklen and Ralph Rust Stricklen.

Eduardo H. Coronado
Coronado Law Firm PLLC
4700 W. White Mountain Blvd.
Lakeside, AZ 85929
Ph: 928-532-4529
eduardocoronado@frontier.com

DATED this 18th day of February, 2025.

HUMPHREY & PETERSEN, P.C.

*/s/ Andrew Petersen*
Andrew J. Petersen
Attorney for Defendants

AUDILETT LAW PC

*/s/ Daryl Audilett*
Daryl Audilett
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2025, the attached Notice was electronically transmitted to the Clerk of the Courts using the PACER/ECF System, and sent via electronic mail to counsel of records for Plaintiffs as follows:

Eduardo H. Coronado
Coronado Law Firm PLLC
4700 W. White Mountain Blvd.
Lakeside, AZ 85929
eduardocoronado@frontier.com
*Attorney for Plaintiffs*

*/s/Anna McCollum*

H:\MHFILES\8006-18\NoticeOfAppeal.docx