UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANNA CHRISTINE LEWIS and BRADLEY LEWIS, as Personal Representatives of the Estate of Bradley Alexander Lewis, Anna Christine Lewis, Bradley Lewis, Helen Stricklen and Ralph Rust Stricklen,

Plaintiffs - Appellees,

v.

CHRIS NANOS, individually and in his official capacity as Sheriff of Pima County, Arizona; et al.,

Defendants - Appellants.

No. 25-1025

D.C. No.
4:21-cv-00557-RM

District of Arizona,
Tucson

MANDATE

The judgment of this Court, entered February 04, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT