Eduardo H. Coronado, SBN 022397
**CORONADO LAW FIRM P.L.L.C**
4700 W. White Mountain Blvd, Suite A
Lakeside, Arizona  85929
(928) 532-4529 Telephone
(928) 532-0753 Fax
eduardocoronado@frontier.com

Attorney for Plaintiff-Appellants

<table>
<tr><td colspan="2" align="center">

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

</td></tr>
<tr><td>

**Anna Christine Lewis, et al.,**
     **Plaintiffs-Appellees,**

**v.**

**Chris Nanos, et al.,**

    **Defendants-Appellants.**

</td><td>

**No. 25-1025**

**D.C. No. 4:CV-21-00557-TUC-RM**

**PLAINTIFF'S MOTION TO REOPEN CASE AND SET STATUS CONFERENCE FOLLOWING REMAND**

</td></tr>
</table>

Plaintiffs, through counsel, respectfully move the Court to reopen this matter and set a status conference to establish a scheduling order and further proceedings following the mandate issued by the United States Court of Appeals for the Ninth Circuit.

## I. Procedural Background

This action arises from the fatal shooting of Bradley Alexander Lewis by Pima County Sheriff's Deputy Gilbert Caudillo on January 20, 2021. Defendants appealed this Court's ruling denying Defendants' motion for summary judgment on the issue of qualified immunity to the United States Court of Appeals for the Ninth Circuit. On February 4, 2026, the Ninth Circuit issued its opinion affirming this Court's ruling and remanding the

1

case for further proceedings. The Ninth Circuit Court of Appeals' mandate issued on February 26, 2026, returned jurisdiction to this Court.

## II. Case Posture Following Remand

Because the Ninth Circuit has now remanded the case, Plaintiff requests guidance from the Court regarding scheduling and preparing the matter for trial.

## III. Request for Status Conference

Plaintiffs respectfully request that the Court set a **status conference** with the parties, to establish a schedule for further proceedings, including potential supplemental discovery (if necessary), pretrial motion deadlines, settlement conference scheduling, and trial scheduling.

A status conference will allow the Court and the parties to efficiently determine the appropriate path forward consistent with the Ninth Circuit's ruling.

## IV. Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the Court reopen this matter and schedule a status conference to determine the appropriate course for further proceedings.

**RESPECTFULLY SUBMITTED** this 18th  day of March, 2026.


**CORONADO LAW FIRM P.L.L.C.**


/S/ EDUARDO H. CORONADO
Eduardo H. Coronado, Esq.
Attorney for Plaintiffs-Appellees

2

**COPY** of the foregoing emailed
This 18th day of March, 2026, to:
Audilett Law PC
Attn: Daryl A. Audilett
335 North Wilmot Rd Suite 500
Tucson, AZ 85711-2636
daa@audilettlaw.com

HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson, Arizona 85712
Andrew J. Petersen, Esq.
APetersen@humphreyandpetersen.com