**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is Plaintiff's Motion to Extend Time to Submit Joint Pretrial Report. (Doc. 97.) In the Motion, Plaintiff requests that the parties' deadline to submit a Joint Proposed Pretrial Report ("the Report") be extended by thirty days. (*Id.*) Plaintiff's counsel states that the requested extension of time is warranted due to his full calendar of hearings, and because of the "sheer volume of witnesses, expert witnesses, and exhibits" that must be reviewed prior to completing the Report. (*Id.*) Defendants filed a Response to Plaintiff's Motion, in which Defendants explain that in their view, the Report is nearly complete, that extensive work has already been done on it, and that in their estimation only eight to ten more hours of work per side is necessary to complete it. (Doc. 98.)

The Court does not typically consider counsel's obligations in other matters to constitute good cause for extensions of time. However, Defendants identify no prejudice that would result from granting an extension of time in these circumstances. Balancing Plaintiff's view that the volume of materials in this case will take additional time to review,

and Defendant's view that the Report is nearly done, the Court will grant a fifteen-day extension of the deadline to complete the Report.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Extend Time to Submit Joint Pretrial Report (Doc. 97) is **granted**. The parties shall file a Joint Proposed Pretrial Report on or before **May 26, 2026**.

Dated this 7th day of May, 2026.

Honorable Rosemary Márquez
United States District Judge