**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Pretrial Conference is set for **August 12, 2026**, at **1:00 p.m.**, before the Honorable Rosemary Márquez, in Courtroom 5A of the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ 85701. In preparation for this Pretrial Conference,

**IT IS HEREBY ORDERED:**

1. The attorneys who will be responsible for the trial of the case shall attend the Pretrial Conference.
2. The parties must file and serve all motions *in limine* and *Daubert* motions no later than **July 16, 2026**. Responses to motions *in limine* and *Daubert* motions must be filed on or before **July 30, 2026**. Each motion *in limine* and *Daubert* motion must be accompanied by a proposed order, which shall include proposed language stating with precision the evidence or testimony that is subject to the proposed order and the limitation or exclusion placed on

the evidence. The motions and responses must be concise and not exceed **ten (10) pages** in length. No replies shall be filed absent leave of Court. The parties must be prepared to argue the merits of such motions at the Pretrial Conference.

3. At the Pretrial Conference, the parties shall be prepared to discuss the scheduling of a trial date.
4. At least **seventy (70) days** before the date set for trial, the parties shall submit a stipulated case description to be included with written juror questionnaires that will be mailed to prospective jurors.
5. Stipulated jury instructions shall be filed at least **fourteen (14) days** before the date set for trial. Instructions which are not agreed upon, and a concise argument in support of the instruction, shall also be filed at least **fourteen (14) days** before the date set for trial. Objections to non-agreed-upon instructions shall be filed at least **seven (7) days** before the date set for trial.
6. At least **seven (7) days** before the date set for trial, the parties shall file a joint statement of the case to be read to the jury during voir dire.
7. The parties shall jointly file a proposed set of *voir dire* questions at least **seven (7) days** before the date set for trial. The *voir dire* questions must be drafted in a neutral manner. To the extent possible, the parties must stipulate to the proposed questions. If the parties have a disagreement about a particular question, they must state the reason for their objection below the question. The parties must also provide, for the purposes of *voir dire*, a joint master list of the names of every witness who may be called at trial.
8. Each party must file a proposed form of verdict, including any proposed special verdict forms or juror interrogatories, at least **seven (7) days** before the date set for trial.
9. Copies of the joint statement of the case, proposed *voir dire* questions, proposed jury instructions, and forms of verdict shall also be submitted in

Word format to the chambers' e-mail address, marquez_chambers@azd.uscourts.gov.

10. The parties must be prepared to advise the Court at the Pretrial Conference of the status of settlement discussions. Should settlement be reached at any time, the parties promptly must file a Notice of Settlement with the Clerk of Court.

Dated this 25th day of June, 2026.

Honorable Rosemary Márquez
United States District Judge