**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

On May 26, 2026, Plaintiffs filed a Motion for Extension of Time to Submit Joint Pretrial Report. (Doc. 100.) Defendants opposed the Motion. (Doc. 101.) On June 5, 2026, the parties submitted their Joint Proposed Pretrial Report. (Doc. 102.)

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Extension of Time to Submit Joint Pretrial Report (Doc. 100) is **denied as moot**.

Dated this 25th day of June, 2026.

Honorable Rosemary Márquez
United States District Judge