*AUDILETT LAW PC*
P O Box 12308
Tucson, AZ 85732-2308
(520) 349-5468
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, and Pima County

HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
(520) 795-1900
Email: apetersen@humphreyandpetersen.com
Andrew J. Petersen, State Bar No. 016699
Co-counsel for Defendants Nanos, Caudillo, and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>DEFENDANTS' MOTION FOR PERMISSION TO NON-ELECTRONICALLY FILE EXHIBITS TO DEFENDANTS' MOTION IN LIMINE NO. 12 (Doc. 119)<br><br>(The Honorable Rosemary Márquez) |

Defendants Nanos, Caudillo, and Pima County request permission to file non-electronically with the Court a USB drive containing exhibits to Defendants' Motion in Limine No. 12, To Admit into Evidence the Neighbor Surveillance Videos Depicting Ralph Stricklen Leaving His House, Returning, Then Lewis's Truck Driving Fast into the Driveway, Then Sgt. Moseley And Deputy Caudillo in Close Pursuit. (Doc. 119.)

. Defendants' Motion in Limine 12 was filed on July 16, 2026. (Doc 119.)

Contained on the USB drive will be the following exhibits:

A Videos, neighborhood surveillance, trial exhibits 295 and 296, to be filed non-electronically when defense counsel receives permission from the court.

295. PCSD 7390 04_20210120063352 3 min 23 sec, same video as PCSD 2481.mp4 190MB MP4 Video1/20/2021 11:33 AM 6641 N Paseo de Angel, northwest camera, to 6671 03:24 in length

296. PCSD 7391 04_20210120063738, 22 min 15 sec, same video as PCSD 2482.mp4 1,343MBMP4 Video1/20/2021 11:35 AM, 6641 N Paseo de Angel, northwest camera, to 6671, 22:15 in length, Play from start to 01:40 minute mark.

Defendants respectfully request that this Court view the exhibits on the USB drive as part of its consideration of Defendants' Motion in Limine No. 12.

Defendants make this request pursuant to the *U.S. District Court, For the District of Arizona, Electronic Case Filing Administrative Policies and Procedures Manual, September 2025, Section II (N) (2), Non-Electronic Filing of Exhibits and Other Documents.*

DATED this 17th of July, 2026.

*AUDILETT LAW PC*

/s/ Daryl A. Audilett

________________________________

Daryl A. Audilett
Attorney for Defendants Nanos, Caudillo,
Moseley and Pima County

HUMPHREY & PETERSEN, P.C.

/s/ Andrew J. Petersen

______________________________

Andrew J. Petersen
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
Coronado Law Firm, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
6063 E. Grant Road
Tucson, AZ 85712
**Co-counsel for Defendants**

By /s/ Karen Audilett