*AUDILETT LAW PC*
P O Box 12308
Tucson, AZ 85732-2308
(520) 349-5468
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, and Pima County

HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
(520) 795-1900
Email: apetersen@humphreyandpetersen.com
Andrew J. Petersen, State Bar No. 016699
Co-counsel for Defendants Nanos, Caudillo, and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>DEFENDANTS' MOTION FOR PERMISSION TO NON-ELECTRONICALLY FILE EXHIBITS TO DEFENDANTS' MOTION IN LIMINE NO. 28 (Doc. 135)<br><br>(The Honorable Rosemary Márquez) |

Defendants Nanos, Caudillo, and Pima County request permission to file non-electronically with the Court a USB drive containing exhibits to Defendants' Motion in Limine No. 28, To Admit the Deputy Caudillo Video Deposition Clip Wherein Caudillo Explains What Can Make A Black Object Deadly, and The Video Clip And Written

Transcript Wherein Caudillo Says "Hands, See A Gun, Fear For My Life". (Doc. 135.) Defendants' Motion in Limine 28 was filed on July 16, 2026.

Contained on the USB drive will be the following exhibits:

C Video Deposition excerpt of Exhibit 334, "what makes black mass deadly", video is trial exhibit 607.

D Video Deposition excerpt of trial Exhibit 333, "hands, see a gun, fear for my life", video will be trial exhibit 629 to the Amended Joint Proposed Pretrial Statement.

Defendants respectfully request that this Court view the exhibits on the USB drive as part of its consideration of Defendants' Motion in Limine No. 28.

Defendants make this request pursuant to the *U.S. District Court, For the District of Arizona, Electronic Case Filing Administrative Policies and Procedures Manual, September 2025, Section II (N) (2), Non-Electronic Filing of Exhibits and Other Documents.*

DATED this 17th of July, 2026.

*AUDILETT LAW PC*

/s/ Daryl A. Audilett

______________________________

Daryl A. Audilett
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

HUMPHREY & PETERSEN, P.C.

/s/ Andrew J. Petersen

______________________________

Andrew J. Petersen
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
Coronado Law Firm, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
6063 E. Grant Road
Tucson, AZ 85712
**Co-counsel for Defendants**

By /s/ Karen Audilett