*AUDILETT LAW PC*
P O Box 12308
Tucson, AZ 85732-2308
(520) 349-5468
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, and Pima County

HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
(520) 795-1900
Email: apetersen@humphreyandpetersen.com
Andrew J. Petersen, Esq.
State Bar No. 016699
Co-counsel for Defendants Nanos, Caudillo, and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al., | NO. CV 21-00557-TUC-RM |
| Plaintiffs, | DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION IN LIMINE RE CORRESPONDENCE FROM PIMA COUNTY ATTORNEY |
| vs. | |
| Chris Nanos, et al., | (Doc. 145) |
| Defendants. | (The Honorable Rosemary Márquez) |

Defendants respond to Plaintiffs' motion in limine for an Order from the Court "precluding Defendants, their counsel, and any witnesses from mentioning, referencing or offering evidence regarding correspondence from the Pima County Attorney's Office regarding their decision not to prosecute Deputy Caudillo for fatally shooting Mr. Lewis."

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

The Lewis shooting occurred on January 20, 2021. The Pima County Attorney's Office reviewed the investigation and issued two letters to Sheriff Nanos, both concluding that the shooting was justified.

On February 24, 2021, after reviewing the investigation materials provided by PCSD Detective Miguel Flores, Rick Unklesbay, Chief Trial Counsel, Pima County Attorney's Office, issued a 2.5 page single-spaced letter to Sheriff Nanos. That letter concluded that Deputy Cadillo's shooting of Lewis was justified and that no charges were warranted against Deputy Caudillo.

Thereafter, the newly installed Pima County Attorney Laura Conover decided to re-review the shooting incident with "fresh eyes." Four members of the Pima County Attorney's Office "personally conducted the review of voluminous audio, video, photographic, and written evidence," and consulted with "Expert Use of Force guides." On April 7, 2021, Pima County Attorney Laura Conover issued an Addendum letter to Sheriff Nanos. The Addendum letter concluded that "**no criminal charges will be sought in this matter, finding the Deputy's actions were justified under the law.** (Emphasis in original.)

Under normal circumstances these letters would not be admissible in a civil lawsuit of this nature. On the other hand, Plaintiffs may create circumstances that open the door to the admissibility of these letters. For instance, Plaintiffs open the door to their admissibility when they pursue or suggest to the jury that PCSD was remiss or derelict when it conducted its own shooting investigation, instead of sending it to an outside law enforcement agency. Plaintiffs also open the door to the letters' admissibility when they suggest or imply some sort of

2

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

conspiracy between the Sheriff's Department (PCSD) and the Pima County Attorney's Office (PCAO).

A sense of the above-referenced "remiss/derelict" and "conspiracy" theories can be gleaned from Plaintiff's counsel's deposition examination of Deputy Caudillo.  Pages 33-39 are attached hereto as Exhibit A.  Beginning at page 33, counsel begins asking Caudillo about his history with the department and any discipline meted out against him.  On page 34 the questioning moves to who did other internal investigations, the answer being the Sheriff's Department and the Pima County Attorney's Office.  On page 35, the questioning moves to whether PCSD deferred the investigation of any other agency. On pages 36-37 counsel asks who makes the decision to defer a specific incident to the Critical Incident Team (which is made up of multiple local agencies.)  Beginning on page 38, counsel asks Caudillo about his working relationship with the Pima County Attorney's Office.  On page 39, counsel's focus shifts to the Pima County Sheriff's Department's working relationship with the Pima County Attorney's Office.  (Exhibit A, Gilbert Caudillo Deposition, pp. 33 – 39.)

Counsel's examination suggests, and at the very least, implies that the Sheriff's Department was remiss or derelict in doing its own investigation into the Lewis shooting instead of referring it to an outside agency.  Counsel's examination further suggests, and at the very least, implies a conspiracy between PCSD and PCAO to make sure the outcome of the investigation was favorable to PCSD and to Deputy Caudillo.  If Plaintiffs' counsel engages in this sort of examination of any witness or makes any pitch or argument to the jury of this nature, then Defendants are entitled to demonstrate to the jury the thoroughness and

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

integrity of the PCSD investigation, the Shooting Review Board conclusion, and the County Attorney's comprehensive incident review (two times) and ultimate conclusions that the shooting was justified.   Defendants will need to call as witnesses the Shooting Board members and the County Attorneys involved. Defendants will also seek admission of the Shooting Review Board report, and the two County Attorney letters to the Sheriff that confirm that the shooting was justified under Arizona law.

If Plaintiffs' counsel voluntarily refrains from, or is prohibited by the Court from, entering a line of questioning pursuing these theories of PCSD being remiss/derelict, and conspiracy between PCSD and PCAO, then Defendants agree that the two PCAO letters are not admissible, unless Plaintiffs' counsel manages to open the door to its admissibility in a way that Defendants have yet to conceive.

DATED this 30th day of July, 2026.

*AUDILETT LAW PC*

/s/ Daryl A. Audilett

_____
Daryl A. Audilett
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

HUMPHREY & PETERSEN, P.C.

/s/  Andrew J. Petersen

_____
Andrew J. Petersen
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

4

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
Coronado Law Firm, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
6063 E. Grant Road
Tucson, AZ 85712
**Co-counsel for Defendants**

By /s/ Karen Audilett

5