*AUDILETT LAW PC*
P O Box 12308
Tucson, AZ 85732-2308
(520) 349-5468
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, and Pima County

HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
(520) 795-1900
Email: apetersen@humphreyandpetersen.com
Andrew J. Petersen, Esq.
State Bar No. 016699
Co-counsel for Defendants Nanos, Caudillo, and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Anna Christine Lewis, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>                    Defendants. | NO. CV 21-00557-TUC-RM<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION IN LIMINE RE SHERIFF'S OFFICE POLICIES AND PROCEDURES<br><br>(Doc. 149)<br><br>(The Honorable Rosemary Márquez) |

        Defendants respond to Plaintiffs' motion in limine for an Order from the Court "permitting Plaintiff to refer to the Pima County Sheriff's Office's policies and procedures." Plaintiffs do not identify or provide to the Court or to defense counsel the specific policies they wish to discuss at trial. But it does not really matter because the Sheriff Department's

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

internal policies and procedure are not relevant.

In the Court's Order ruling on the Defendants' Motion for Summary Judgment, the Court dismissed all *Monell* claims including "policy, custom, and practice" claims. (Doc. 85, pp. 31-36.) Moreover, internal polices do not establish the standard of care for the 4th Amendment excessive force claim, or for the state law wrongful death claim, or for the state law property damage claim.

Internal policies are not relevant under FRE 401 and 402. The Court will instruct the jury on the 4th Amendment claim using the 9th Circuit Model Civil Jury Instruction, 9.27 Particular Rights---Fourth Amendment---Unreasonable Seizure of Person---Excessive Force. The Court will instruct the jury on the state law wrongful death claim using ARS § 13-410, Justification; use of deadly physical force in law enforcement.  Getting bogged down in an analysis of the text and meaning of Sheriff Department internal policies, whether they were followed to the letter, etc.,  is precisely what FRE 403 is designed to avoid.  The internal policies have no probative value.  To the extent there is probative value, it is substantially outweighed by unfair prejudice, confusing the issues, misleading the jury, delay, and wasting time.

Defendants' Motion in Limine No. 22, To Preclude Plaintiffs' Police Expert Harmening from Testifying that Deputy Caudillo Violated PCSD Use of Deadly Force Policy (Doc. 129) requested the Court preclude Plaintiffs' police expert Harmening from testifying that Deputy Caudillo violated PCSD use of deadly force policy.

However, Plaintiffs' proposed Order for this motion, Doc. 149, states very generally:

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

"IT IS HEREBY ORDERED THAT the Motion is granted.  Mentioning, referencing or offering evidence regarding Pima County Sheriff's Office's policies and procedures is hereby permitted."

In response to this Plaintiffs' motion in limine, Defendants reassert their motion in limine to preclude discussion of any PCSD policies.  And that preclusion should extend to counsel and all witnesses and to examinations and cross-examinations of all witnesses.

## CONCLUSION

Under these circumstances where there exist no viable claims for municipal liability, the PCSD policies are not relevant.  Neither do PCSD policies establish a legal standard of care.  The Court will instruct the jury on the legal standard of care.  Plaintiffs' request to discuss PCSD policies should be denied.

DATED this 30th of July, 2026.

*AUDILETT LAW PC*

/s/ Daryl A. Audilett

_____
Daryl A. Audilett
Attorney for Defendants Nanos, Caudillo, Moseley
and Pima County

HUMPHREY & PETERSEN, P.C.

/s/  Andrew J. Petersen

_____
Andrew J. Petersen
Attorney for Defendants Nanos, Caudillo,
Moseley and Pima County

3

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
Coronado Law Firm, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
6063 E. Grant Road
Tucson, AZ 85712
**Co-counsel for Defendants**

By /s/ Karen Audilett