*AUDILETT LAW PC*
P O Box 12308
Tucson, AZ 85732-2308
(520) 349-5468
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, and Pima County

HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
(520) 795-1900
Email: apetersen@humphreyandpetersen.com
Andrew J. Petersen, Esq.
State Bar No. 016699
Co-counsel for Defendants Nanos, Caudillo, and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION IN LIMINE RE INTRODUCTION OF EVENT DATA RECORDER<br><br>(Doc. 150)<br><br>(The Honorable Rosemary Márquez) |

Defendants respond to Plaintiffs' motion in limine for an Order from the Court "permitting the introduction into evidence at trial to use, include mention of, reference to, and discuss that PCSD's Sergeant Moseley's patrol vehicle's event data recorder or black box, and lack (of) data therein, regarding contact, was blank, especially Moseley's assertion that Bradley Alexander Lewis rammed him."

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

Plaintiffs' suggestion that Defendants engaged in some sort of conspiratorial effort to deny Plaintiffs pertinent data information on Sgt. Moseley's vehicle is without merit. Plaintiffs do not suggest how that could have been done.  Their collision expert Peles does not provide any expert opinions that anything like that was done.  In fact, there are very straightforward, plausible explanations for whether data is present or not present on the vehicle data recorder.

Defense expert Kuzel's report addresses this issue:

2.  Inspections of the 2021 Toyota Tacoma and PCSD Unit 149 2018 Ford Explorer (VIN1FM5K8AR3JGA26740, the Moseley Ford) were conducted on June 26, 2023. The inspections included photographing and measuring the vehicles, imaging the event data recorder (EDR) from both vehicles and imaging the Vehicle Control History (VCH) data from the Toyota. The reports from these vehicles are included in Appendix 4.  (Exhibit A, also Trial exhibit 564, Kuzel Initial Expert Report, p. 10, PCSD 07722, III.  Inspections, ¶ 2.)

1.  The EDR unit from the Moseley Ford had no stored events. The repair records for the Ford do not list the replacement of the airbag control module. Accordingly, this would indicate that the impacts to the front of the Ford were below the triggering threshold for recording a non-deployment level event, (i.e., a 5 mph velocity change in 150 milliseconds). This does not indicate an impact did not occur; rather, the characteristics of the impact were insufficient to trigger recording by the EDR unit.

2.  The EDR on the Toyota Tacoma also did not record an event associated with the rear impacts to the Moseley Ford. Again, this was likely because the impact

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

was below the triggering threshold.  (Exhibit A, Trial exhibit 564, Kuzel Initial Expert Report, p. 10, PCSD 07722, IV. Observations and Opinions, ¶¶ 1, 2.)

The evidence at trial will show that there were two vehicle collisions in the Stricklens' driveway.  One collision occurred at the bottom of the driveway near the street.  Sgt. Moseley will testify that when Lewis entered the driveway, he stopped and then tried to back out into the street.  Sgt. Moseley drove to block Lewis's escape and there was contact between the two vehicles.  Then Lewis drove forward and about halfway up the driveway, Lewis stopped again and reversed his truck, ramming backwards into the front of Sgt. Moseley's patrol car, jarring Sgt. Moseley, who had stopped and was halfway out of his patrol car.

The collision experts Peles (plaintiffs) and Kuzel (defendants) will both testify and offer opinions about collisions that did or did not occur, about who rammed who, etc. Whether there were collisions between Lewis and Sgt. Moseley does not directly relate to Deputy Caudillo shooting Lewis.  Defendants have never claimed that those collisions alone justified Deputy Caudillo shooting Lewis.  But what happened in the driveway is part of the entire story and part of the totality of circumstances that ended with Deputy Caudillo shooting Lewis.  What happened in the driveway shortly before the shooting is part of the picture of a series of events involving incredibly high stress, dynamic fast-moving, fluid motion, tense, uncertain, and rapidly evolving circumstances.  These events in the driveway just moments before Lewis stopped and then charged at Deputy Caudillo are inextricably intertwined with the totality of circumstances that culminated in the shooting.

3

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

**CONCLUSION**

Defendants do not intend to preclude or curtail any testimony of Plaintiffs' collision expert Peles with regard to the driveway collisions. Defendants will object to Peles' re-enactment videos which attempt to re-enact Lewis's advance at Caudillo. That is a entirely different subject not contemplated within the scope of Plaintiffs' motion here. And Defendants expect that Plaintiffs will not attempt to preclude or curtail any testimony of defense expert Kuzel with regard to the driveway collisions.

DATED this 30th of July, 2026.

*AUDILETT LAW PC*

/s/ Daryl A. Audilett

_____

Daryl A. Audilett
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

HUMPHREY & PETERSEN, P.C.

/s/  Andrew J. Petersen

_____

Andrew J. Petersen
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
Coronado Law Firm, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
6063 E. Grant Road
Tucson, AZ 85712
**Co-counsel for Defendants**

By /s/ Karen Audilett