*AUDILETT LAW PC*
P O Box 12308
Tucson, AZ 85732-2308
(520) 349-5468
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, and Pima County

HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
(520) 795-1900
Email: apetersen@humphreyandpetersen.com
Andrew J. Petersen, Esq.
State Bar No. 016699
Co-counsel for Defendants Nanos, Caudillo, and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Chris Nanos, et al., <br><br> Defendants. | NO. CV 21-00557-TUC-RM <br><br> DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION IN LIMINE RE ANITA LEWIS'S MENTAL HEALTH RECORDS <br><br> (Doc. 156) <br><br> (The Honorable Rosemary Márquez) |

Defendants respond to Plaintiffs' motion in limine requesting a Court "order precluding the Defendants, their counsel, and any witnesses from mentioning, referencing, or offering evidence regarding Anita Lewis' mental health." Plaintiffs' motion claims that "Defendants obtained information through discovery in this matter that Anita Lewis, the

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

shooting victim's mother, suffered from schizophrenia. Apparently Defendants intend to use these records at trial, presuming that they are relevant to damages."

Defendants are unaware of any of Anita (Anna) Lewis's mental health records supposedly obtained during discovery. Perhaps Plaintiffs can advise where in discovery those records were produced or obtained and can be found. If those records exist and if there is information in those records that pertains to Anita Lewis's relationship with her son, then those records may indeed be relevant and admissible. Plaintiffs should immediately identify those records so that a review of them can be made to determine their relevance and admissibility.

We know, for instance, that the relationship between Anita Lewis and her son was very stormy. The text exchanges between Lewis and his father in which Anita Lewis was discussed clearly show that Lewis had a great deal of animosity towards his mother. Lewis referred to her as crazy, manipulative, deceptive, a drug user and a drug dealer.

During the conversation at her deposition about how this incident has affected her, Anita Lewis stated that she is bipolar and schizophrenic. She also claimed to have PTSD. Defense counsel did ask her about her health care providers. No records were obtained in discovery by defense counsel from those providers.

In her corrections to her deposition she wrote: (Exhibit A, Anna Lewis Deposition Corrections pages.)

"Corrections as follows: pg/ln

9/11

2

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

To clarify.   I was prescribed medication to treat night terrors that started immediately after Alex was murdered.   I was prescribed numerous antidepressants and antidepressant "enhancers".   I took antidepressants before Alex was murdered, however they ceased to work.   I was prescribed medication for severe panic attacks that were aggravated by any law enforcement interaction.   Wether (sic) the officer/patrol vehicle was 10 feet away from me or a mile away their effects on my mental health have been crippling.   I cry at every ambulance I encounter and pray that whomever lay in the ambulance bay just might have an opportunity to live, a chance for care, something our son, Alex, was deliberately deprived of.   Due to the extreme stress of his murder and his sudden death, my seizure medications had to be increased because they can be stress induced.

11/13
Ellen McVay

11/18
David Mumford approved therapy for severe PTSD

Last note:  99.999% of the time when I saw Alex his key FOB was in his pocket and the lanyard was hanging out."

To the extent that Anita Lewis raises her mental health issues when she testifies, Defendants are entitled to ask follow-up questions about those subjects.

If Plaintiffs are claiming that defense counsel obtained mental health records and did not disclose them, or that defense counsel would engage in some sort of "victim-shaming," that is baseless, unwarranted and beyond the pale.

**CONCLUSION**

Anita Lewis's mental health issues are relevant and admissible to the extent they affect her wrongful death claim for damages for the loss of her relationship with her son Bradley

3

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

Alexander Lewis.

DATED this 30th day of July, 2026.

*AUDILETT LAW PC*

/s/ Daryl A. Audilett

_____
Daryl A. Audilett
Attorney for Defendants Nanos, Caudillo, Moseley
and Pima County

HUMPHREY & PETERSEN, P.C.

/s/ Andrew J. Petersen

_____
Andrew J. Petersen
Attorney for Defendants Nanos, Caudillo,
Moseley and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
Coronado Law Firm, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
6063 E. Grant Road
Tucson, AZ 85712
**Co-counsel for Defendants**

By /s/ Karen Audilett

4