*AUDILETT LAW PC*
P O Box 12308
Tucson, AZ 85732-2308
(520) 349-5468
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, and Pima County

HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
(520) 795-1900
Email: apetersen@humphreyandpetersen.com
Andrew J. Petersen, Esq.
State Bar No. 016699
Co-counsel for Defendants Nanos, Caudillo, and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>DEFENDANTS' MOTION FOR PERMISSION TO NON-ELECTRONICALLY FILE EXHIBIT TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION IN LIMINE DOC. 138 RE DEFENDANTS' EXHIBIT PCSD 6895-6897, PHOTOS OF EXPERT IJAMES HOLDING KEY FOB AND LANYARD (Doc. 162)<br><br>(The Honorable Rosemary Márquez) |

Defendants Nanos, Caudillo, and Pima County request permission to file non-electronically with the Court a USB drive containing Exhibit D to Defendants' Response (Doc. 162) to Plaintiffs' Motion in Limine (Doc. 138) re Defendants' Exhibit PCSD 6895 –

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

6897, Photos of Expert Ijames Holding Key Fob and Lanyard.  Defendants' response  to Plaintiffs' motion (Doc. 162) was filed on July 29, 2026.

Contained on the USB drive will be the following exhibits:

D    Video excerpt from Gilbert Caudillo video deposition, pp. 78:10 to 82:7 in the transcript, demonstrating how the key fob was positioned and looked like a gun.  This exhibit will be filed non-electronically when the Court gives permission to do so.

Defendants respectfully request that this Court view the exhibit on the USB drive as part of its consideration of Plaintiffs' Motion in Limine (Doc. 138) and Defendants' Response (Doc. 162).

Defendants make this request pursuant to the *U.S. District Court, For the District of Arizona, Electronic Case Filing Administrative Policies and Procedures Manual, September 2025, Section II (N) (2), Non-Electronic Filing of Exhibits and Other Documents.*

DATED this 30th day of July, 2026.

*AUDILETT LAW PC*

/s/ Daryl A. Audilett

_____
Daryl A. Audilett
Attorney for Defendants Nanos, Caudillo,
 Moseley and Pima County

HUMPHREY & PETERSEN, P.C.

/s/  Andrew J. Petersen

_____
Andrew J. Petersen
Attorney for Defendants Nanos, Caudillo,
Moseley and Pima County

2

*Lewis v. Nanos, et al.*
United States District Court No. CV 21-557-TUC-RM

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
Coronado Law Firm, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
**Attorney for Plaintiffs**

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
6063 E. Grant Road
Tucson, AZ 85712
**Co-counsel for Defendants**

By /s/ Karen Audilett