**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Gilbert Caudillo, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court is Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motions in Limine ("Motion for Extension") (Doc. 159), and Plaintiffs' Amended Motion for Extension of Time to Respond to Defendants' Motions in Limine ("Amended Motion") (Doc. 169).

In the Motion for Extension, Plaintiffs request that their deadline to respond to Defendants' Motions in Limine be extended from July 30, 2026, to August 13, 2026. (*Id.*) Plaintiffs aver that good cause exists for the requested extension of time due to the volume of Motions in Limine filed by Defendants, Plaintiffs' counsel's engagement in trial during the week of July 27, 2026,[1] and the need for Plaintiffs' counsel to discuss potential responses to the Motions in Limine with Plaintiffs themselves. (*Id.*) Finally, Plaintiffs argue that no prejudice will occur from the requested extension of time. (*Id.*) Defendants responded to Plaintiffs' Motion for Extension of Time on July 28, 2026, stating that they

[1] The Court does not generally consider counsel's obligations in other matters to constitute good cause for extensions of time. Nonetheless, good cause exists here in light of the other circumstances described by Plaintiffs.

have no objection to the requested extension of time, and that they communicated their lack of objection to Plaintiffs' counsel prior to the filing of the Motion for Extension. (Doc. 160.) Good cause appearing, and in light of the lack of objection, the Court will grant Plaintiffs' Motion for Extension. It appears from the Motion for Extension that Plaintiffs request only an extension of their deadline to respond to Defendants' Motions in Limine, and not an extension of the deadline for all parties to respond to the pending Motions in Limine.[2] However, in the interest of fairness, the Court will grant an extension of the deadline for all parties to file responses to the pending Motions in Limine.

In the Amended Motion, Plaintiffs' counsel explains that he mistakenly filed the Motion for Extension without stating the position of Defendants' counsel due to overlooking Defendants' counsel's response to his inquiry regarding the Motion for Extension. (Doc. 169.) Plaintiffs request the same extension of time in the Amended Motion as in the original Motion for Extension. (*Id.*) Given that the Court will grant the Motion for Extension, the Amended Motion will be denied as moot.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motions in Limine (Doc. 159) is **granted**. The deadline for all parties to file responses to Motions in Limine is **August 13, 2026**.

**IT IS FURTHER ORDERED** that Plaintiffs' Amended Motion for Extension of Time to Respond to Defendants' Motions in Limine (Doc. 169) is **denied as moot**.

Dated this 30th day of July, 2026.

Honorable Rosemary Márquez
United States District Judge

---

[2] The Court notes that Plaintiffs' proposed Order attached to the Motion for Extension of Time indicates an intent to extend the deadline for all parties to respond to Motions in Limine. (Doc. 159 at 4.)