**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Gilbert Caudillo, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court are Defendants' Motions for Permission to Non-Electronically File Exhibits to Defendants' Motions in Limine ("Motions to Non-Electronically File") (Docs. 151, 152, and 153); Plaintiffs' Motion to Extend Time to Submit Additional Motions in Limine (Doc. 154); and the parties' Stipulated Motion to Continue Rule 16 Pretrial Conference (Doc. 158). The Court will grant the foregoing Motions.

## I. Motions for Permission to Non-Electronically File Exhibits to Defendants' Motions in Limine

In Defendants' Motions to Non-Electronically File (Docs. 151, 152, and 153), Defendants request permission to file USB drives with the Court containing exhibits relevant to Defendants' Motions in Limine Nos. 12, 27, and 28, respectively (Docs. 119, 134, and 135). The Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, Section II(N)(2), states that "[a] party may seek leave of the court to allow the non-electronic filing of exhibits and other documents when they are not

convertible to electronic form (e.g., videotapes, maps, etc.) or are extremely large." Good cause appearing, the Court will grant Defendants' Motions to Non-Electronically File.

**II. Plaintiffs' Motion to Extend Time to Submit Additional Motions in Limine**

In Plaintiffs' Motion to Extend Time to Submit Additional Motions in Limine, Plaintiffs request that the July 16, 2026 deadline set by the Court for filing Motions in Limine be extended to July 20, 2026. (Doc. 154.) Plaintiffs submitted two Motions in Limine after the July 16, 2026 deadline, including Plaintiffs' Motion in Limine Re: Officers' Statements (Doc. 155) and Motion in Limine Re: Anita Lewis' Mental Health Records (Doc. 156). Each was filed on July 19, 2026. (Docs. 155, 156.) In the Motion to Extend Time, Plaintiffs' counsel avers that he encountered technical difficulties with the Court's electronic filing system on the night of July 16, 2026, after successfully filing thirteen Motions in Limine earlier that day. (Doc. 154.) He further avers that both of the untimely filed Motions in Limine were on a list of Motions in Limine provided to Defendants' counsel for consultation prior to the attempted filing. (*Id.*) On July 22, 2026, Defendants responded to Plaintiffs' Motion to Extend Time. (Doc. 157.) Defendants state that they have no objection to the requested extension of time, as long as the extension of time allows only for the consideration of the two Motions in Limine filed by Plaintiffs on July 19, 2026. (*Id.*) In light of the lack of objection, the Court will grant *nunc pro tunc* Plaintiffs' Motion to Extend Time to Submit Additional Motions in Limine.

**III. Stipulated Motion to Continue Rule 16 Pretrial Conference**

A Pretrial Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure is currently scheduled in the above-captioned matter for August 12, 2026. (Doc. 106.) In the parties' Stipulated Motion to Continue Rule 16 Pretrial Conference, the parties explain that the wife of Mr. Andrew Peterson—one of the attorneys trying this case on behalf of Defendants—will soon be undergoing a complicated surgery at the UCLA Medical Center, and Mr. Peterson will be in Los Angeles for ten days beginning on August 11, 2026. (Doc. 158.) Therefore, the parties request that the August 12, 2026 Pretrial Conference be rescheduled; however, the parties do not suggest a new date for the Conference. (*Id.*) Good

cause appearing, the Court will grant the Stipulated Motion to Continue Rule 16 Pretrial Conference, and will reset the Conference for September 15, 2026, at 11:00 a.m.

Accordingly,

**IT IS ORDERED** that Defendants' Motions to Non-Electronically File (Docs. 151, 152, and 153) are **granted**. Defendants may non-electronically file the exhibits at issue in compliance with the provisions of Section II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Extend Time to Submit Additional Motions in Limine (Doc. 154) is **granted**, *nunc pro tunc*. Plaintiffs' Motion in Limine Re: Officers' Statements (Doc. 155) and Motion in Limine Re: Anita Lewis' Mental Health Records (Doc. 156) are considered **timely**.

**IT IS FURTHER ORDERED** that the parties' Stipulated Motion to Continue Rule 16 Pretrial Conference (Doc. 158) is **granted**. The Pretrial Conference currently set for August 12, 2026, at 1:00 p.m. is **vacated**, and **reset** for **September 15, 2026, at 11:00 a.m.**

Dated this 4th day of August, 2026.

Honorable Rosemary Márquez
United States District Judge