*AUDILETT LAW PC*
P O Box 12308
Tucson, AZ 85732-2308
(520) 349-5468
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, and Pima County

HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
(520) 795-1900
Email: apetersen@humphreyandpetersen.com
Andrew J. Petersen, Esq.
State Bar No. 016699
Co-counsel for Defendants Nanos, Caudillo, and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>DEFENDANTS' NOTICE OF NON-ELECTRONICALLY FILING EXHIBIT TO DEFENDANTS' MOTION IN LIMINE NO. 27 (Doc. 134)<br><br>(The Honorable Rosemary Márquez) |

Defendants Nanos, Caudillo, and Pima County give notice of filing non-electronically with the Court a USB drive containing an exhibit to Defendants' Motion in Limine No. 27, To Admit into Evidence Sgt. Moseley's Short Video Deposition Clip Where He Demonstrates His Brief Glimpse of Lewis Exiting His Truck. (Doc. 134.) Leave to file non-

electronically was granted by the Court in the Court's Order dated August 4, 2026. (Doc. 180.) Defendants' Motion in Limine 27 was filed on July 16, 2026.

Contained on the USB drive is the following exhibit:

Exhibit A Video excerpt of Moseley deposition where Moseley demonstrates how quickly Lewis exited his truck and how brief it was that Moseley saw Lewis. This video excerpt is Trial exhibit 332.

Defendants respectfully request that this Court view the exhibit on the USB drive as part of its consideration of Defendants' Motion in Limine No. 27.

DATED this 12th day of August, 2026.

*AUDILETT LAW PC*

/s/ Daryl A. Audilett

Daryl A. Audilett
Attorney for Defendants Nanos, Caudillo, and Pima County

HUMPHREY & PETERSEN, P.C.

/s/ Andrew J. Petersen

Andrew J. Petersen
Attorney for Defendants Nanos, Caudillo, and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
Coronado Law Firm, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
Attorney for Plaintiffs

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
6063 E. Grant Road
Tucson, AZ 85712
Co-counsel for Defendants

Notice and USB drive hand-delivered for non-electronic filing on the 12th day of August, 2026 to:

US District Court Clerk
405 W. Congress Street, Suite 1500
Tucson, AZ 85701
With courtesy copy to the Honorable Rosemary Márquez

Notice and copy of exhibits on drive emailed this 12th day of August, 2026 to:

Eduardo H. Coronado, Esq.
Coronado Law Firm, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
Attorney for Plaintiffs

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
6063 E. Grant Road
Tucson, AZ 85712
Co-counsel for Defendants

By /s/ Karen Audilett

Lewis v Nanos, et al.
United States District Court No. CV 21-557-TUC-RM

Defendants' Motion in Limine No. 27, To Admit into Evidence Sgt. Moseley's Short Video Deposition Clip Where He Demonstrates His Brief Glimpse of Lewis Exiting His Truck

EXHIBIT NON-ELECTRONICALLY FILED

A Video excerpt of Moseley deposition where Moseley demonstrates how quickly Lewis exited his truck and how brief it was that Moseley saw Lewis.

This video clip is Trial exhibit 332.

Lewis v Nanos, et al.
USDC Case CV 21-00557-TUC-RM

Defendants' Exhibit A, Trial Exhibit 332,
to their Motion in Limine 27 (Doc. 134)

