Eduardo H. Coronado, SBN 022397
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
(928) 532-4529 Telephone
(928) 532-0753 Fax
courtdocuments.clf@gmail.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Anna Christine Lewis, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Chris Nanos, et al.,**<br><br>**Defendants.** | **Case No. CV-21-00557-TUC-RM**<br><br>**RESPONSE TO DEFENDANTS' MOTION IN LIMINE NOS. 23 and 24 (Interactions with First Responders)** |

**INTRODUCTION**

Plaintiffs by and through undersigned counsel, hereby respond to Defendants' Motion in Limine Nos. 23 and 24 (Docs. 130 and 131) as follows:

**Facts:**

EMT and Paramedic personnel from Northwest Fire District responded to the scene after Mr. Lewis was shot after being called by officers at the scene. Defendants ask the Court to place limits on what Plaintiff's counsel can ask first responders and law enforcement personnel regarding these events. There is some dispute in the record about whether there was a delay in requesting help, and whether Northwest Fire personnel were restricted or delayed from rendering aid when they arrived.

**Argument:**

The response of paramedics after the shooting is relevant, and the efforts law enforcement made to summon them, are relevant as Mr. Lewis was still alive after being shot. This being a wrongful death case, the circumstances of Mr. Lewis' death are relevant under FRE 401-402.

The testimony of first responders and police officers is therefore relevant. Clearly counsel is forbidden to mischaracterize their testimony in arguments to the jury. There is no cause to place undue restrictions on relevant testimony.

For the reasons stated, the motion should therefore be denied.

RESPECTFULLY SUBMITTED this 13th day of August, 2026.

**CORONADO LAW FIRM, P.L.L.C.**

/S/ Eduardo H. Coronado_____

Eduardo H. Coronado, Esq.
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Audilett Law P.C.
Attn: Daryl Audilett
PO Box 12308
Tucson, AZ 85732
Attorney for Defendants

HUMPHREY & PETERSEN,
Andrew J. Petersen,
P.C. 6063 E. Grant Road
Tucson AZ 85712
apetersen@humphreyandpetersen.com