Eduardo H. Coronado, SBN 022397
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
(928) 532-4529 Telephone
(928) 532-0753 Fax
courtdocuments.clf@gmail.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Anna Christine Lewis, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**Chris Nanos, et al.,**<br>**Defendants.** | **Case No. CV-21-00557-TUC-RM**<br><br>**RESPONSE TO DEFENDANTS' MOTION IN LIMINE NO. 21 (Moseley's Decision Not to Shoot)** |

**INTRODUCTION**

Plaintiffs by and through undersigned counsel, hereby respond to Defendants' Motion in Limine No.21 (Doc. 128) as follows:

**Facts:**

Two officers confronted Mr. Lewis in his parked vehicle on a public street. When Mr. Lewis fled, those two officers followed him to his grandparents' house. Those two officers took positions around the Lewis vehicle. They both saw him exit his vehicle. One fired, one did not.

**Argument:**

The most obvious question that the jury will have is why one officer fired and the other did not. Defense counsel asks the Court in this motion to severely limit the comments that Plaintiffs' counsel can make surrounding this valid question. Because the jury must decide for themselves whether Deputy Caudillo acted reasonably given the totality of the circumstances (which included Moseley shouting "Watch out" instead of firing), counsel for both sides should be given wide latitude to discuss this question in opening and closing argument.

**Conclusion:**

For the reasons stated, the motion should therefore be denied.

RESPECTFULLY SUBMITTED this 13th day of August, 2026.

**CORONADO LAW FIRM, P.L.L.C.**

/S/ Eduardo H. Coronado______

Eduardo H. Coronado, Esq.
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Audilett Law P.C.
Attn: Daryl Audilett
PO Box 12308
Tucson, AZ 85732
Attorney for Defendants

HUMPHREY & PETERSEN,
Andrew J. Petersen,
P.C. 6063 E. Grant Road
Tucson AZ 85712
apetersen@humphreyandpetersen.com