Eduardo H. Coronado, SBN 022397
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
(928) 532-4529 Telephone
(928) 532-0753 Fax
courtdocuments.clf@gmail.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Anna Christine Lewis, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Chris Nanos, et al.,**<br><br>**Defendants.** | **Case No. CV-21-00557-TUC-RM**<br><br>**RESPONSE TO DEFENDANTS' MOTION IN LIMINE NO. 14 (Qualification of Haag and Peles as Experts)** |

**INTRODUCTION**

Plaintiffs by and through undersigned counsel, hereby respond to Defendants' Motion in Limine No.14 (Doc. 121) as follows:

**FACTS:**

Ballistics expert Lucien Haag and accident reconstruction and biomechanical engineer Dr. Joe Peles have been retained by Plaintiffs to give expert testimony at trial, and Defendants have stipulated to their qualifications to do so. It is a standard function of counsel, when presenting expert testimony to a jury, to give them a brief summary of the witness' training and experience. With these two witnesses, part of their experience is working on behalf of law enforcement agencies including the Defendants herein. In this motion, Defendants want to limit Plaintiffs' counsel's presentation of the witness' qualification and experience by obtaining a "gag order" prohibiting them from talking about relevant experience they have, simply because it involves working for the defendants in other cases.

**ARGUMENT:**

It is particularly important for the Plaintiffs to be able to show that their witnesses do not have a bias in favor of Plaintiffs, or against law enforcement. No doubt Defendants' counsel will want to question the experts on the terms of their retention by counsel, to insinuate that they are simply "hired guns" or have an axe to grind.

**CONCLUSION:**

The training and experience of the witnesses, no matter where and how obtained, is relevant for the jury to consider when weighing their testimony. To limit what the jury hears about their work will limit the jury's ability to objectively evaluate the witness' analysis and conclusions. The motion should therefore be denied.

RESPECTFULLY SUBMITTED this 13th day of August, 2026.

**CORONADO LAW FIRM, P.L.L.C.**

/S/ Eduardo H. Coronado______

Eduardo H. Coronado, Esq.
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Audilett Law P.C.
Attn: Daryl Audilett
PO Box 12308
Tucson, AZ 85732
Attorney for Defendants

HUMPHREY & PETERSEN,
Andrew J. Petersen,
P.C. 6063 E. Grant Road
Tucson AZ 85712
apetersen@humphreyandpetersen.com