Eduardo H. Coronado, SBN 022397
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
(928) 532-4529 Telephone
(928) 532-0753 Fax
courtdocuments.clf@gmail.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Anna Christine Lewis, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Chris Nanos, et al.,**<br><br>**Defendants.** | **Case No. CV-21-00557-TUC-RM**<br><br>**RESPONSE TO DEFENDANTS' MOTION IN LIMINE NO. 18 (Expert Noedel Diagrams)** |

## INTRODUCTION

Plaintiffs by and through undersigned counsel, hereby respond to Defendants' Motion in Limine No.18 (Doc. 125) as follows:

**Facts:**

The parties have stipulated that Matt Noedel is qualified to testify on the issue of ballistics with respect to the shooting of Mr. Lewis. In Defendants' motion, they seek to have his diagrams, calculations, and other visual aids admitted into evidence before trial so that he can use them in his opening argument to the jury.

**Argument:**

This approach puts the cart before the horse. Although Mr. Noedel is qualified to testify as to the accuracy of these findings, he has not done so yet. Plaintiffs will have no objection to their admission once Mr. Noedel has given testimony that supports their admission into evidence, but not before. If events should come to pass during trial that cause the exhibits to not be admitted, there is no way for the jury to "un-see" the exhibits regardless of any corrective instructions from the Court.

**Conclusion:**

For the reasons stated, the motion should therefore be denied.

RESPECTFULLY SUBMITTED this 13th day of August, 2026.

**CORONADO LAW FIRM, P.L.L.C.**

/S/ Eduardo H. Coronado_____

Eduardo H. Coronado, Esq.
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Audilett Law P.C.
Attn: Daryl Audilett
PO Box 12308
Tucson, AZ 85732
Attorney for Defendants

HUMPHREY & PETERSEN,
Andrew J. Petersen,
P.C. 6063 E. Grant Road
Tucson AZ 85712
apetersen@humphreyandpetersen.com