Eduardo H. Coronado, SBN 022397
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
(928) 532-4529 Telephone
(928) 532-0753 Fax
courtdocuments.clf@gmail.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Anna Christine Lewis, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Chris Nanos, et al.,**<br><br>**Defendants.** | **Case No. CV-21-00557-TUC-RM**<br><br>**RESPONSE TO DEFENDANTS' MOTION IN LIMINE NO. 13 (Retweet of Orwell Quote)** |

## INTRODUCTION

Plaintiffs by and through undersigned counsel, hereby respond to Defendants' Motion in Limine No.13 (Doc. 120) as follows:

**Facts:**

Several years before the shooting incident, Deputy Caudillo "retweeted" a message he received or found on his Twitter account, a quote that is sometimes attributed to George Orwell: "People sleep peaceably in their beds at night only because rough men stand ready to do violence on their behalf."

**Argument:**

The statement did not originate with Deputy Caudillo but was apparently endorsed by him; otherwise he would not have shared it with others. Its original source is not relevant, but the fact that Caudillo retweeted it is relevant under Rule 401 as it tends to show how Caudillo thought of himself and his role as a law enforcement officer, and therefore is relevant to show his possible motivations at the time of the shooting.

**Conclusion:**

The evidence referred to in the motion is admissible for the purpose indicated. The motion should therefore be denied.

RESPECTFULLY SUBMITTED this 13th day of August, 2026.

**CORONADO LAW FIRM, P.L.L.C.**

/S/ Eduardo H. Coronado______

Eduardo H. Coronado, Esq.
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Audilett Law P.C.
Attn: Daryl Audilett
PO Box 12308
Tucson, AZ 85732
Attorney for Defendants

HUMPHREY & PETERSEN,
Andrew J. Petersen,
P.C. 6063 E. Grant Road
Tucson AZ 85712
apetersen@humphreyandpetersen.com