Eduardo H. Coronado, SBN 022397
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
(928) 532-4529 Telephone
(928) 532-0753 Fax
courtdocuments.clf@gmail.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Anna Christine Lewis, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Chris Nanos, et al.,**<br><br>**Defendants.** | **Case No. CV-21-00557-TUC-RM**<br><br>**RESPONSE TO DEFENDANTS' MOTION IN LIMINE NO. 10 (Condolence Writings)** |

**INTRODUCTION**

Plaintiffs by and through undersigned counsel, hereby respond to Defendants' Motion in Limine No.10 (Doc. 117) as follows:

**Facts:**

Defendants propose to preclude all disclosed cards and letters offering condolences to the family of Mr. Lewis written by friends, other family members, and coworkers on the grounds that they are hearsay.

**Argument:**

The letters and written statements are not being offered to show the truth of anything contained therein, but rather to show the state of mind of the writers at the time they were written. FRE 803((3); *Lahoti v. Vericheck Inc.*, 636 F.3d 501 (9th Cir. 2011) (call center employees permitted to testify about customer calls to show that customers were confused.) Here the letters are offered to show that Mr. Lewis' death had a significant emotional impact on many people due to their close emotional ties with him.

**Conclusion:**

The evidence referred to in the motion is admissible for the purpose indicated. Any objection to specific statements therein would go to the weight of the exhibit and not its admissibility. The motion should therefore be denied.

RESPECTFULLY SUBMITTED this 13th day of August, 2026.

**CORONADO LAW FIRM, P.L.L.C.**

/S/ Eduardo H. Coronado_____

Eduardo H. Coronado, Esq.
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Audilett Law P.C.
Attn: Daryl Audilett
PO Box 12308
Tucson, AZ 85732
Attorney for Defendants

HUMPHREY & PETERSEN,
Andrew J. Petersen,
P.C. 6063 E. Grant Road
Tucson AZ 85712
apetersen@humphreyandpetersen.com