Eduardo H. Coronado, SBN 022397
CORONADO LAW FIRM, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
(928) 532-4529 Telephone
(928) 532-0753 Fax
courtdocuments.clf@gmail.com

Attorney for Plaintiffs

| IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | |
|---|---|
| **Anna Christine Lewis, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Chris Nanos, et al.,**<br><br>**Defendants.** | **Case No. CV-21-00557-TUC-RM**<br><br>**RESPONSE TO DEFENDANTS' MOTION IN LIMINE NO. 9 (Family and Friend Testimony)** |

**INTRODUCTION**

Plaintiffs by and through undersigned counsel, hereby respond to Defendants' Motion in Limine No. 9 (Doc. 116) as follows:

Plaintiff strongly takes issue with the Defendants' proposal that two or three family members and friends should suffice to explain and sum up a life of approximately twenty years and what the loss of Mr. Lewis would mean to the family. The evidence is not cumulative as Mr. Lewis will have meant something different to each of the witnesses. Further, a strict deadline to select those individuals is unreasonable and unnecessary as the selection process will not delay Defendants' preparation for trial in any way. Plaintiffs propose a limit of 10 witnesses to be selected within 30 days; this will neither be cumulative nor prejudicial to the parties.

For this reason the motion should be denied or, in the alternative, reasonable limits should be imposed upon the presentation of testimony about the decedent.

//

//

//

RESPECTFULLY SUBMITTED this 13th day of August, 2026.

**CORONADO LAW FIRM, P.L.L.C.**

/S/ Eduardo H. Coronado______

Eduardo H. Coronado, Esq.
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Audilett Law P.C.
Attn: Daryl Audilett
PO Box 12308
Tucson, AZ 85732
Attorney for Defendants

HUMPHREY & PETERSEN,
Andrew J. Petersen,
P.C. 6063 E. Grant Road
Tucson AZ 85712
apetersen@humphreyandpetersen.com