*AUDILETT LAW PC*
P O Box 12308
Tucson, AZ 85732-2308
(520) 349-5468
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, and Pima County

HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
(520) 795-1900
Email: apetersen@humphreyandpetersen.com
Andrew J. Petersen, Esq.
State Bar No. 016699
Co-counsel for Defendants Nanos, Caudillo, and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED JOINT PROPOSED FINAL PRETRIAL ORDER (Doc. 102)<br><br>(The Honorable Rosemary Márquez) |

Defendants move to amend the Joint Proposed Final Pretrial Order (Doc. 102). The purpose is to include additional contested legal issues regarding substantive state law that were raised in Defendants' Answer to Second Amended Complaint (Doc. 16) and Amended Answer to Second Amended Complaint (Doc. 36), and to include exhibits that were inadvertently left off of the Defendants' exhibit list, some of which came to light during the

motion in limine process. Defense counsel has made substantial efforts to narrow the voluminous evidence items to those that may be used at trial, and to list them individually. Defendants' exhibits are numbered 200 through 631; Exhibits 616 through 631 were added in the proposed amended pretrial order previously sent to Plaintiffs' counsel. Deposition excerpts previously listed as trial exhibits have also been identified in the section for depositions to be offered. (Doc. 102, Section G.)

Counsel for Plaintiffs Eduardo Coronado was consulted on the proposed changes. Initially counsel agreed to stipulate to amending the Joint Proposed Final Pretrial Order, and he provided Plaintiffs' contentions for the new sections on contested issues of law. Thereafter, a subsequent draft incorporating the changes, and then a few additional exhibits, was sent to Mr. Coronado, with specific descriptions of what was added or changed, but Mr. Coronado has not responded with any changes or indicated that a stipulated motion to amend could be signed for him.

Attached as Exhibit A is the proposed Amended Joint Proposed Final Pretrial Order.

Additions to the contested issues of law are indicated by underlining on pages 39 to 44. Additional issues include: comparative fault on the state law claims; the application of ARS § 12-712 to the state law claims; the application of assumption of risk to the state law claims; the application of ARS § 14-3110 to the Estate's claim for decedent's pain and suffering; the application of the doctrines of necessity and duress to the state law claim for property damage. Plaintiffs' counsel has provided "Plaintiffs contend" responses to each of these issues. These issues are not new to the case. They were raised in Defendants' Answer

and in Defendants' Amended Answer to Plaintiffs' Second Amended Complaint. (Docs. 16 and 36.)

Changes to the Defendants' exhibit list are indicated with one strikeout, and by additions being underlined on pages 143 and 144. None of the added exhibits are new to the case. Plaintiffs' objections to Defendants' exhibits were previously underlined by Plaintiffs' counsel, and that was not changed. On pages 145 and 146, deposition transcript excerpts and video deposition excerpts, previously listed only as Defendants' exhibits, were also placed in section "G. Depositions to be Offered."

Rule 15(a)(2) governs Amendments Before Trial and states that "The court should freely give leave when justice so requires." The Pretrial Conference is scheduled for September 15, 2026. The Court has not yet adopted the Joint Proposed Pretrial Order (Doc. 102) as the Final Pretrial Order. No pretrial Motions in Limine have been ruled on. There is no trial date set. Justice requires the amendments. The amendments contain information that was inadvertently omitted from the previously filed Joint Proposed Pretrial Order. There is no surprise to Plaintiffs. There is no prejudice to Plaintiffs. Leave to amend will not cause any delay in the proceedings.

Defendants request that the Court grant leave to file the Amended Joint Proposed Pretrial Order attached hereto as Exhibit A, at which time counsel will file the document without the strikeout and underlining in it, adding whatever signatures are appropriate pursuant to the Court's Order.

///

DATED this 21st day of August, 2026.

*AUDILETT LAW PC*

/s/ Daryl Audilett

______________________________

Daryl A. Audilett
Attorney for Defendants Nanos, Caudillo and Pima County

HUMPHREY & PETERSEN, P.C.

/s/ Andrew Petersen

______________________________

Andrew J. Petersen
Attorney for Defendants Nanos, Caudillo and Pima County

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eduardo H. Coronado, Esq.
Coronado Law Firm, P.L.L.C.
4700 W. White Mountain Boulevard, Suite A
Lakeside, AZ 85929
Attorney for Plaintiffs

Andrew J. Petersen, Esq.
Humphrey & Petersen, P.C.
6063 E. Grant Road
Tucson, AZ 85712
Co-counsel for Defendants

By /s/ Karen Audilett