IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, et al.,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>ORDER<br><br>(The Honorable Rosemary Márquez) |

Pending before the Court is the Defendants' Motion for Leave to File an Amended Joint Proposed Final Pretrial Order (Doc. 207). The Court having reviewed the motion and the attached Exhibit A, an annotated copy of the proposed Amended Joint Proposed Final Pretrial Order, and good cause appearing,

IT IS ORDERED that the motion is Granted. The Amended Joint Proposed Final Pretrial Order may be filed by filing a non-annotated copy with the Clerk of the Court. Counsel will add the appropriate signatures at the time of filing, pursuant to agreement and/or pursuant to this Court's order.