**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anna Christine Lewis, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-21-00557-TUC-RM

**ORDER**

Pending before the Court are Defendants' Motions for Permission to Non-Electronically File Exhibits to Defendants' Motions in Limine ("Motions to Non-Electronically File") (Docs. 136, 178), and Defendants' Motion for Leave to File an Amended Joint Proposed Pretrial Order (Doc. 207). The Court will grant the Motions to Non-Electronically File, and order an expedited response to the Motion for Leave to File an Amended Joint Proposed Pretrial Order.

## I. Motions to Non-Electronically File

In Defendants' Motions to Non-Electronically File (Docs. 136, 178), Defendants request permission to file USB drives with the Court containing exhibits relevant to Defendants' Motion in Limine No. 11 (Doc. 118), and Defendants' Response to Plaintiffs' Motion in Limine to Exclude Defendants' Exhibit PCSD 6895-6897 (Doc. 162), respectively. The Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, Section II(N)(2), states that "[a] party may seek leave of the court to allow the non-electronic filing of exhibits and other documents when they are not

convertible to electronic form (e.g., videotapes, maps, etc.) or are extremely large." Good cause appearing, the Court will grant Defendants' Motions to Non-Electronically File.

### II. Motion For Leave to File an Amended Joint Proposed Pretrial Order

In the Motion for Leave to File an Amended Joint Proposed Pretrial Order, Defendants state that they seek to file an Amended Joint Proposed Pretrial Order that includes additional contested legal issues, and includes exhibits that were inadvertently omitted from Defendants' exhibit list.[1] (Doc. 207 at 1-2.) Defendants attach as an exhibit to the Motion for Leave to File a copy of the proposed Amended Joint Proposed Pretrial Order. (Doc. 207-1.) Defendants aver that counsel for Plaintiffs was consulted on the proposed changes, and that the proposed Amended Joint Proposed Pretrial Order was sent to counsel for Plaintiffs, but a response was never received by Defendants. (Doc. 207 at 2.) In light of the forthcoming Pretrial Conference scheduled for September 15, 2026 (Doc. 180), the Court will order an expedited response to the Motion for Leave to File an Amended Joint Proposed Pretrial Order.

**IT IS ORDERED** that Defendants' Motions to Non-Electronically File (Docs. 136, 178) are **granted**. Defendants may non-electronically file the exhibits at issue in compliance with the provisions of Section II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

[1] Defendants cite Federal Rule of Civil Procedure 15(a)(2) as denoting the standard governing the Court's decision to grant an amendment to the Joint Proposed Pretrial Order. (Doc. 207 at 3.) Rule 15 governs amendments of pleadings (*see* Fed. R. Civ. P. 15 ("Amended and Supplemental Pleadings")); the Joint Proposed Pretrial Order is not a pleading, however, and Rule 15 is therefore inapposite.

**IT IS FURTHER ORDERED** that Plaintiffs must respond to Defendants' Motion for Leave to File an Amended Joint Proposed Pretrial Order (Doc. 207) on or before **September 1, 2026**.

Dated this 28th day of August, 2026.

Honorable Rosemary Márquez
United States District Judge