Lewis v Nanos, et al., US District Court Case No. CV 21-00557-TUC-RM

Defendants' Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Leave to File an Amended Joint Proposed Final Pretrial Order

INDEX TO EXHIBITS

A Pages 39 – 44 of the proposed amended joint proposed final pretrial order wherein Plaintiffs' counsel's added "Plaintiff contends" sections are shown. (Excerpt of Doc. 207-1, pp. 40 – 45 of 149.)

B Index/chronology and copies of emails, texts, and a phone conference between counsel during the time period of July and August 2026, concerning amending the Joint Proposed Final Pretrial Order.

C Excerpt of Defendants' Response to Plaintiffs' Second Request for Production dated April 28, 2023, showing defendants' responses regarding PCSD use of force policies and radio communications.

D Excerpt of Defendants' Response to Plaintiffs' Third Request for Production dated October 19, 2023, pp. 2 – 11.