EXHIBIT C

*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Nanos, Caudillo, Moseley and Pima County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Christine Lewis and Bradley Lewis, as Personal Representatives of The Estate of Bradley Alexander Lewis, Anna Christine Lewis, Bradley Lewis, Helen Stricklen, Ralph Rust Stricklen, Jerlene Jones, and George Preston Lewis,<br><br>Plaintiffs,<br><br>vs.<br><br>Chris Nanos, individually and in his official capacity as Sheriff of Pima County, Arizona; Pima County Sheriff Deputy Gilbert Caudillo, Individually and in his official capacity as an employee of the County of Pima, Arizona, and his official capacity as Sheriff Deputy of the Pima County Sheriff's Department; and Pima County Sheriff Deputy Michael Moseley, Individually and in his official capacity as an employee of the County of Pima, Arizona, and his official capacity as Sheriff Deputy of the Pima County Sheriff's Office; and Pima County,<br><br>Defendants. | NO. CV 21-00557-TUC-RM<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION DATED APRIL 28, 2023<br><br>(The Honorable Rosemary Marquez) |

Defendants respond to Plaintiffs' Request for Production as follows:

1. Policies and/or procedures related to the use of force, including deadly force and any modifications to the policies and/or procedures related to the use of deadly force up to ten (10) years prior to this incident to the present.

**Copies of Major Policies, Chapter 3 (PCSD 6202 - 6219) in effect at the time of this incident, and Chapter 6, Review Boards, Disciplinary Actions, and Formal Grievances (PCSD 6220 - 6241) in effect at the time of this incident have been disclosed.**

**Copies of Chapters 3 and 6 of the rules and regulations in effect at the present time (July 2023) are on the Sheriff's Department website, and have been disclosed at PCSD 6242 – 6254 Chapter 3, and PCSD 6255 – 6278 Chapter 6.**

**Defendants object to the production of the rules and regulations from ten years prior to the incident as overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence. This request is not proportional to the needs to the case, and exceeds the needs of the case as defined in F.R.Civ.P. 26(b)(1).**

2. Radio recordings and/or Radio Traffic Log between the officers and the dispatchers regarding this call incident number, including, but not limited to, the start of the original call and traffic stop until the officers cleared the call and Pima County Sheriff Department's Mobile Date Terminal Log for all officers on the call, including car to car communications.

See response to Plaintiffs' First Request for Production, No. 22, and Defendants' Disclosure. Defendants have produced:

**PCSD 2123 - 2185 18233_210120022_CO_166 Transcript 911 Calls and Radio**

**Folder – PCSD 2448 – 2456 CAD Master Call Tables**

**PCSD 2448 – 2454 210120022.1 CAD Call 210120022.2 Radio Log**

**PCSD 2455 – 2456 210120022 CAD Master Call Table – Call Narrative**

**Folder – PCSD 2456 – 2464 911 and Radio Communications**

**PCSD 2457 L1L10007 Custodian of Records Form, Call to Morning Jewel Place**

**PCSD 2458 L1L10003 911 Call 1, Morning Jewel.MP3**

**PCSD 2459 L1L10004 911 Call 2, Morning Jewel.MP3**

**PCSD 2460 L1L10005 911 Call After, 2661 W. Positano.MP3**

**PCSD 2461 210120022 911 Call #1 (Audio) WMA**

**PCSD 2462 210120022 911 Call #2 (Audio) WMA**

**PCSD 2463 210120022 911 Call #3 (Audio) WMA**

**PCSD 2464 L1L10006 Radio, 1 hour 23 minutes.MP3**

**Folder – PCSD 2465 – 2477 Radio Log Summary Reports**

**PCSD 2465 – 2473 210120022 Radio Log Summary Report**

**PCSD 2474 – 2477 210120022.2 Radio Log**

**PCSD 5650 PCSD Radio Designators Date of Incident**

**PCSD 5651 – 5658 PDF from Excel Radio Log**

**Defendants have also produced phone logs of deputies Moseley, Caudillo, Robles, Gilbert, Berry and Pool at PCSD 2440-2447.**

3. Any evidence indicating the number of bullets expelled at the scene, photographs of the magazines used, the capacity of the magazines used, photographs and/or diagrams of